**E-filed 12/8/05**

RECEIVED
DEC 05 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MERCURY INTERACTIVE CORPORATION, AMNON LANDAN, DOUGLAS P. SMITH, ANTHONY ZINGALE, SUSAN J. SKAER, BRAD BOSTON, IGAL KOHAVI, CLYDE OSTLER, GIORA YARON, YAIR SHAMIR, DAVID JAMES MURPHY III, YUVAL SCARLAT and BRYAN LEBLANC, <br><br> Defendants. | Civil Action No.: 5:05-CV-3395-JF <br><br> ~~(Proposed)~~ <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Joel H. Bernstein, an active member in good standing of the bar of New York, whose business address and telephone number is 100 Park Avenue, 12th Floor, New York, NY 10017, (212) 907-0869, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Connecticut Retirement Plans & Trusts,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/8/05

Honorable Jeremy Fogel
United States District Judge

637276 v1
[11/17/2005 14:31]