**E-filed 12/8/05**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ARCHDIOCESE OF MILWAUKEE
SUPPORTING FUND, INC., et al
Plaintiff(s),

CASE NO.  5:05-cv-3395-JF

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

MERCURY INTERACTIVE
CORPORATION, et al
Defendant(s).

Conor R. Crowley ☐, an active member in good standing of the bar of

Virginia ☐, whose business address and telephone number is (212) 907-0883 ☐

100 Park Avenue, New York, NY 10017 ☐, having

applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing the Mercury Pension Fund Group ☐,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____

Honorable Jeremy Fogel ☐
United States District   Judge

**RECEIVED**

DEC 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE