**E-filing**

**FILED**

DEC 12 2005

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., On Behalf of Plaintiff and All Others Similarly Situated

Plaintiff(s),

v.

MERCURY INTERACTIVE CORPORATION, et al.

Defendant(s).

CASE NO. 5:05-CV-3395-JF

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael A. Schwartz, an active member in good standing of the bar of New York, whose business address and telephone number is Wolf Popper LLP 845 Third Avenue, New York, NY 10022  (212) 759-4600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Intervenor Public Employees' Retirement System of Mississippi

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12-8-05

Jeremy Fogel
United States District Judge

**RECEIVED**

DEC 0 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE