**E-filed 3/7/06**

1  Peter A. Binkow   (#173848)
   Marc L. Godino (#182689)
2  GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone:    (310) 201-9150
   Facsimile:    (310) 201-9160
5

6  Jonathan Plasse
   Christopher J. Keller
7  Shelley Thompson
   LABATON SUCHAROW & RUDOFF LLP
8  100 Park Avenue
   New York, New York  10017
9  Telephone:  (212) 907-0700
10 Facsimile:  (212) 818-0477

11 Attorneys for the Mercury Pension Fund Group
   and Proposed Co-Lead Counsel for the Class
12

13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
15

16 | ARCHDIOCESE OF MILWAUKEE | No. 3:05-cv-3395-JF |
17 | SUPPORTING FUND, INC., On Behalf Of All Persons Similarly Situated, | |
18 | Plaintiff, | CLASS ACTION |
19 | v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 8, 2006 CASE MANAGEMENT CONFERENCE** |
20 | MERCURY INTERACTIVE CORPORATION, AMNON LANDAN, DOUGLAS P. SMITH, ANTHONY ZINGALE, SUSAN J. SKAER, BRAD BOSTON, IGAL KOHAVI, CLYDE OSTLER, GIORA YARON, YAIR SHAMIR, DAVID JAMES MURPHY III, YUVAL SCARLAT and BRYAN LEBLANC, | |
25 | Defendants. | |

26

27

28

1    The below-signed parties ("the parties"), representing the Mercury Pension Fund Group

2  and the Mississippi Public Employees' Retirement System and certain named Defendants, make

3  the following stipulation in connection with the following facts:

4      1.    On or about August 19, 2005, the first of several securities class actions was filed

5            against Mercury Interactive Corporation and several of its officers and directors.

6            In accordance with the Private Securities Litigation Reform Act of 1995

7            ("PSLRA"), the Court is to appoint Lead Plaintiff and Lead Counsel in the

8            captioned actions, but has not yet ruled in this regard.

9      2.    By order dated August 19, 2005, the Court set an initial case management

10            conference for March 10, 2006 and directed the parties to confer in advance of

11            said conference about several matters, including, initial disclosures, early

12            settlement, and a discovery plan.

13      3.    On March 1, 2006, the Court issued a notice rescheduling the initial case

14            management conference to March 8, 2006.

15      4.    In view of the fact that since the January 13, 2006 lead plaintiff hearing, the Court

16            has yet to appoint a Lead Plaintiff, which will be charged with oversight of the

17            case including the conduct of all matters relating to discovery, the parties believe

18            that addressing the issues of a pretrial schedule and discovery plan is premature at

19            this juncture, and therefore respectfully request that the Court defer the initial

20            scheduling conference until appointment of Lead Plaintiff and Lead Counsel.

21    **NOW THEREFORE**, the parties stipulate and agree, subject to the approval of the

22  Court, as follows:

23    The initial case management conference set for March 8, 2006 is vacated and shall be

24  rescheduled following the appointment of Lead Plaintiff and Lead Counsel.

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 8, 2006 CASE MANAGEMENT CONFERENCE**

| | |
|---|---|
| 1 | Dated: March 2, 2006 |

Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

Peter A. Binkow   #173848
Marc L. Godino #182689
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

**LABATON SUCHAROW
& RUDOFF LLP**
Jonathan Plasse
Christopher J. Keller
Shelley Thompson
100 Park Avenue
New York, New York  10017
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Attorneys for Movant The Mercury Fund
Pension Group and Proposed Co-Lead Counsel
for the Class*

**SCHUBERT & REED LLP**

Robert C. Schubert #62684
Juden Justice Reed #153748
Willem F. Jonckheer #178748
Two Embarcadero Center, Suite 1660
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

**WOLF POPPER LLP**
Marian P. Rosner
Michael A. Schwartz
Renee L. Karalian
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

*Attorneys for Movant Mississippi Public
Employees' Retirement System and Proposed
Lead Counsel for the Class*

1    Dated: March 2, 2006                    Respectfully submitted,
                                             **GLANCY BINKOW & GOLDBERG LLP**

2

3
                                             _____
4                                            Peter A. Binkow  #173848
                                             Marc L. Godino #182689
                                             1801 Avenue of the Stars, Suite 311
5                                            Los Angeles, California  90067
                                             Telephone:  (310) 201-9150
6                                            Facsimile:  (310) 201-9160

7                                            **LABATON SUCHAROW
                                             & RUDOFF LLP**
8                                            Jonathan Plasse
                                             Christopher J. Keller
9                                            Shelley Thompson
                                             100 Park Avenue
10                                           New York, New York  10017
                                             Telephone:  (212) 907-0700
11                                           Facsimile:  (212) 818-0477

12                                           _Attorneys for Movant The Mercury Fund
                                             Pension Group and Proposed Co-Lead Counsel_
13                                           _for the Class_

14                                           **SCHUBERT & REED LLP**

15                                           _____

16                                           Robert C. Schubert #62684
                                             Juden Justice Reed #153748
17                                           Willem F. Jonckheer #178748
                                             Two Embarcadero Center, Suite 1660
18                                           San Francisco, California 94111
                                             Telephone: (415) 788-4220
19                                           Facsimile: (415) 788-0161

20                                           **WOLF POPPER LLP**
                                             Marian P. Rosner
21                                           Michael A. Schwartz
                                             Renee L. Karalian
22                                           845 Third Avenue
                                             New York, New York 10022
23                                           Telephone: (212) 759-4600
                                             Facsimile: (212) 486-2093

24

25                                           _Attorneys for Movant Mississippi Public
                                             Employees' Retirement System and Proposed_
26                                           _Lead Counsel for the Class_

27    STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 8, 2006 CASE MANAGEMENT CONFERENCE      3
                                             – 3 –
28

1    Dated: March 2, 2006                        **HELLER EHRMAN LLP**

2                                                *Sara Brody*

3                                                Sara Brody #1302220
                                                 Nicole Acton Jones #231929
4                                                333 Bush Street
                                                 San Francisco, California 94104
5                                                Telephone: (415) 772-6000
                                                 Facsimile: (415) 772-6268

6                                                **HELLER EHRMAN LLP**
                                                 Norman J. Blears #95600
7                                                275 Middlefield Road
                                                 Menlo Park, California 94025
8                                                Telephone: (650) 324-7000
                                                 Facsimile: (650) 324-0638
9
                                                 *Counsel for Defendants Mercury Interactive*
10                                               *Corporation, Anthony Zingale, David James*
                                                 *Murphy III, Yuval Scarlat*
11

12   Dated: March 2, 2006                        **KIRKPATRICK LOCKHART**
                                                 **NICHOLSON & GRAHAM LLP**
13

14

15                                               Jonathan M. Cohen #168207
                                                 Four Embarcadero Center, 10th Floor
16                                               San Francisco, CA 94111
                                                 Telephone: (415) 249-1000
17                                               Facsimile (415) 249-1001

18                                               **JONES DAY**
                                                 John D. Cline #237759
19                                               555 California Street
                                                 26th Floor
20                                               San Francisco, CA 94104
                                                 Telephone: (415) 626-3939
21                                               Facsimile: (415) 875-5700

22                                               **SULLIVAN & WORCESTER LLP**
                                                 Franklin B. Velie
23                                               1290 Avenue of the Americas
                                                 New York, NY 10104
24                                               Telephone: (212) 660-3000
                                                 Facsimile: (212) 660-3001
25
                                                 *Counsel for Defendant Amnon Landan*
26

27

28

Dated: March 2, 2006

**HELLER EHRMAN LLP**

_____

Sara Brody #130222
Nicole Acton Jones #231929
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**HELLER EHRMAN LLP**
Norman J. Blears #95600
275 Middlefield Road
Menlo Park, California 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

*Counsel for Defendants Mercury Interactive Corporation, Anthony Zingale, David James Murphy III, Yuval Scarlat*

Dated: March 2, 2006

**KIRKPATRICK LOCKHART NICHOLSON & GRAHAM LLP**

_____

Jonathan M. Cohen #168207
Four Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone (415) 249-1000
Facsimile (415) 249-1001

**JONES DAY**
John D. Cline #237759
555 California Street
26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

**SULLIVAN & WORCESTER LLP**
Franklin B. Velie
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Counsel for Defendant Amnon Landan*

STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 8, 2006 CASE MANAGEMENT CONFERENCE
–4 –

1    Dated: March 2, 2006

**QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**

2

3                      John M. Potter #165843

4                      50 California Street, 22nd Floor
                     San Francisco, California 94111

5                      Telephone  (415) 875-6600
                     Facsimile (415) 875-6700

6                      *Counsel for Defendant Douglas P. Smith*

7    Dated: March 2, 2006

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

8

9

10                    James N. Kramer #154709
                   405 Howard Street

11                    San Francisco, CA 94105
                   Telephone  (415) 773-5700

12                    Facsimile (415) 773-5759

13                     *Counsel for Defendant Susan J. Skaer*

14    Dated: March 2, 2006

**LAW OFFICES OF TOPEL & GOODMAN APC**

15

16

17                    William Goodman #61305
                   832 Sansome Street, Fourth Floor

18                    San Francisco, California 94111
                   Telephone  (415) 421-6140

19                    Facsimile: (415) 398-5030

20                     *Counsel for Defendant Bryan LeBlanc*

21  IT IS HEREBY ORDERED THAT:

22      The initial case management conference set for March 8, 2006 is vacated and shall be

23  rescheduled following the appointment of Lead Plaintiff and Lead Counsel.

24  Dated:  3/7/06

25                    By: _____

26                      The Honorable Jeremy Fogel
                    United State District Judge

27  STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 8, 2006 CASE MANAGEMENT CONFERENCE
                        –5–                     5

28

1   Dated: March 2, 2006                    **QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**

2

3                                           _____
                                            John M. Potter #165843
4                                           50 California Street, 22nd Floor
                                            San Francisco, California 94111
5                                           Telephone: (415) 875-6600
                                            Facsimile (415) 875-6700

6                                           *Counsel for Defendant Douglas P. Smith*

7   Dated: March 2, 2006                    **ORRICK, HERRINGTON & SUTCLIFFE LLP**

8

9

10                                          _____
                                            James N. Kramer #154709
                                            405 Howard Street
11                                          San Francisco, CA 94105
                                            Telephone: (415) 773-5700
12                                          Facsimile (415) 773-5759

13                                          *Counsel for Defendant Susan J. Skaer*

14  Dated: March 2, 2006                    **LAW OFFICES OF TOPEL & GOODMAN APC**

15

16                                          _____
                                            William Goodman #61305
17                                          832 Sansome Street, Fourth Floor
                                            San Francisco, California 94111
18                                          Telephone: (415) 421-6140
                                            Facsimile (415) 398-5030

19                                          *Counsel for Defendant Bryan LeBlanc*

20

21  IT IS HEREBY ORDERED THAT:

22       The initial case management conference set for March 8, 2006 is vacated and shall be

23  rescheduled following the appointment of Lead Plaintiff and Lead Counsel.

24  Dated:_____

25                               By: _____
                                     The Honorable Jeremy Fogel
26                                   United State District Judge

27  STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 8, 2006 CASE MANAGEMENT CONFERENCE
                                        --5--                                            5

28

1  Dated: March 2, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

2

3

John M. Potter #165843
4  50 California Street, 22nd Floor
San Francisco, California 94111
5  Telephone: (415) 875-6600
Facsimile (415) 875-6700

6  *Counsel for Defendant Douglas P. Smith*

7  Dated: March 2, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP

8

9

James N. Kramer #154709
10  405 Howard Street
San Francisco, CA 94105
11  Telephone: (415) 773-5700
Facsimile (415) 773-5759

12

13  *Counsel for Defendant Susan J. Skaer*

14  Dated: March 2, 2006

LAW OFFICES OF TOPEL & GOODMAN APC

15

16  _William Goodman_ by Sue Brody with email approval

William Goodman #61305
17  832 Sansome Street, Fourth Floor
San Francisco, California 94111
18  Telephone: (415) 421-6140
Facsimile (415) 398-5030

19  *Counsel for Defendant Bryan LeBlanc*

20

21  IT IS HEREBY ORDERED THAT:

22      The initial case management conference set for March 8, 2006 is vacated and shall be

23  rescheduled following the appointment of Lead Plaintiff and Lead Counsel.

24  Dated:_____

25                              By: _____

26                              The Honorable Jeremy Fogel
                               United State District Judge

27  STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 8, 2006 CASE MANAGEMENT CONFERENCE
                               –5–

28

1

## PROOF OF SERVICE BY ELECTRONIC POSTING
## PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
## ECF GENERAL ORDER NO. 45
## AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES

2

3

4    I, the undersigned, say:

5        I am a citizen of the United States and am employed in the office of a member of the Bar of
this Court.  I am over the age of 18 and not a party to the within action.  My business address is 1801
6    Avenue of the Stars, Suite 311, Los Angeles, California  90067.

7        On March 3, 2006, I served the following by posting such documents electronically
to the ECF website of the United States District Court for the Northern District of
8    California:

9

10    1    **STIPULATION AND [PROPOSED] ORDER CONTINUING MARCH 8,
         2006 CASE MANAGEMENT CONFERENCE**

11
on all ECF-registered parties in the action and, upon all others not so-registered but instead listed
12    below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully
prepaid in the United States mail at Los Angeles, California.  They are:

13

14                              **SEE SERVICE LIST**

15    Executed on March 3, 2006, at Los Angeles, California.

16
I certify under penalty of perjury that the foregoing is true and correct.
17

18                         ___*S/ Matt Marr*_____
                              Matt Marr
19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE - MERCURY LITIGATION

Proof 3 2 2006.wpd

1

## SERVICE LIST

2

### Electronically To All ECF-Registered Entities

3

### By US Mail To All Known Non-ECF-Registered Entities

4

5  Joel H. Bernstein
   Conor R. Crowley
6  Christopher J. Keller
   Goodkind Labaton Rudoff & Sucharow LLP
7  100 Park Avenue, 12th Floor
   New York, NY 10017-5563
8  Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
9
   Michael Adam Schwartz
10 Wolf Popper LLP
   845 Third Avenue
11 New York, NY 10022-6689

12 Andrew T. Solomon
   1290 Avenue of the Ameicas
13 New York, NY 10104

14 Franklin B. Velie
   Sullivan & Worcester, LLP
15 1290 Avenue of the Americas
   New York, NY 10104

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE - MERCURY LITIGATION