\*\*E-filed 6/7/06\*\*

PETER A. BINKOW  #173848
MARC L. GODINO  #182689
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

JOEL H. BERNSTEIN (admitted *pro hac vice*)
CHRISTOPHER J. KELLER (admitted *pro hac vice*)
CONOR R. CROWLEY (admitted *pro hac vice*)
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: info@labaton.com

Co-Lead Counsel for Lead Plaintiff Mercury Pension
Fund Group and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, INC., On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY INTERACTIVE CORPORATION, AMNON LANDAN, DOUGLAS P. SMITH, ANTHONY ZINGALE, SUSAN J. SKAER, BRAD BOSTON, IGAL KOHAVI, CLYDE OSTLER, GIORA YARON, YAIR SHAMIR, DAVID JAMES MURPHY III, YUVAL SCARLAT and BRYAN LEBLANC,<br><br>Defendants. | Civil Action No.: 5:05-CV-3395-JF<br><br>**CLASS ACTION**<br><br>Honorable Jeremy Fogel |

STIPULATION AND [~~PROPOSED~~] ORDER RE CONSOLIDATED ACTIONS AND SCHEDULE FOR FILING OF THE CONSOLIDATED COMPLAINT AND BRIEFING CERTAIN MOTIONS

1  WHEREAS, by Order dated December 8, 2005, the Court consolidated with this action four other related securities class action lawsuits commenced on behalf of the stockholders of Mercury Interactive Corporation ("Mercury"), pending in this District;

WHEREAS, by Order dated May 5, 2006, the Court appointed the Mercury Pension Fund Group as Lead Plaintiff and appointed as Co-Lead Counsel the Mercury Pension Fund Group's selection of Labaton Sucharow & Rudoff LLP and Glancy Binkow & Goldberg LLP;

WHEREAS, counsel for the parties have met and conferred and have agreed to a schedule for filing the Consolidated Complaint for Violations of the Federal Securities Laws (the "Consolidated Complaint" or "Consolidated Action"), for briefing any motion to dismiss filed by defendants, and for briefing plaintiffs' anticipated motion for class certification;

WHEREAS, in a March 17, 2006 press release, Defendant Mercury Interactive announced that "it currently expects to complete its restated financial statements and file its amended 2004 Form 10-K and Q1 '05 Form 10-Q with the U.S. Securities and Exchange Commission ("SEC") in Q2 '06," which quarter ends on June 30, 2006; and

WHEREAS, the schedule agreed upon is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to the respective parties;

THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE TO AN ORDER AS FOLLOWS:

**IT IS HEREBY ORDERED** that:

## Consolidating Related Actions

1. The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case which should be consolidated into this Consolidated Action is filed in, or transferred to, this District. If the Court determines that the case is related, the Clerk shall:

   a) File a copy of this Order in the separate file for such action;

   b) Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

   c) Make the appropriate entry in the Master Docket for the Consolidated Action.

Any other actions now pending or hereafter filed in this District which arise out of, in whole or in part, the facts and/or claims as alleged in any of these related captioned actions shall be consolidated for all purposes with this Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within 10 days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

2. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE MERCURY INTERACTIVE SECURITIES LITIGATION,<br><br>This Document relates to: | ) ) ) ) ) ) ) ) ) | Master File No. 5:05-CV-3395<br><br>(Consolidated with 3:05-cv-3864; 3:05-cv-4031; and 3:05-cv-4036) |
|---|---|---|

3. When a pleading is intended to apply to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates to:" in the caption set out above. When a pleading is intended to apply only to some, but not all of the consolidated actions, this Court's docket number for each individual action to which the paper is intended to be applicable and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates to:" in the caption described above;

**Duties of Lead Counsel**

4. Court appointed Co-Lead Counsel, Labaton Sucharow & Rudoff LLP and Glancy Binkow & Goldberg LLP, shall have the following responsibilities:

  a. to brief and argue motions;

b.   to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

c.   to direct and coordinate the examination of witnesses in depositions;

d.   to act as spokesperson at pretrial conferences;

e.   to initiate and conduct any settlement negotiations with counsel for defendants;

f.   to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort; and

g.   to perform such other duties as may be expressly authorized by further order of this Court.

### Filing Consolidated Complaint and Briefing Motions

5.   Lead Plaintiff shall file and serve a Consolidated Complaint on or before the later of (a) sixty (60) days after the date of this Order or (b) twenty-one (21) days after Mercury Interactive files its restatement with the SEC, but no later than ninety (90) days from the date of this Order. The Consolidated Complaint shall be the operative complaint in the consolidated action and shall incorporate new facts and/or claims that hereinafter develop that are related, in whole or in part, to the facts and/or claims alleged in any of the complaints filed in any of the captioned actions, and supersede any other complaints filed in and/or transferred to this Court. The Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, each of the individual complaints in the above-captioned actions;

6.   Defendants shall have sixty (60) days after filing and service of the Consolidated Complaint to answer or otherwise respond to the Consolidated Complaint;

7. If Defendants move to dismiss the Consolidated Complaint, Lead Plaintiff's opposition papers shall be filed within forty-five (45) days of filing and service of the motion to dismiss;

8. Defendants' reply papers shall be filed within thirty (30) days of service of Lead Plaintiff's opposition papers;

9. Lead Plaintiff's motion for class certification, filed pursuant to Federal Rules of Civil Procedure 23, shall be due within ninety (90) days of Defendants' filing of an answer to the Consolidated Complaint; and

10. The parties shall effect service of papers filed with the Court on opposing counsel in accordance with Northern District Local Rules, including by ECF, overnight mail service, hand delivery or facsimile, unless otherwise agreed. Defendants may serve all plaintiffs' counsel who are not appointed as lead counsel by regular mail.

Dated: May 26, 2006

By: /s/ Sara Brody
Sara B. Brody (#130222)
Howard S. Caro (#202082)
Nicole Acton Jones (#231929)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Norman J. Blears (#95600)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: (650) 324-7000
FAX: (650) 324-0638

*Counsel for Defendants Mercury Interactive Corporation, Anthony Zingale, David James Murphy III, and Yuval Scarlat*

1  Dated: May 30, 2006

2  By: /s/ Kirk A. Dublin
      Kirk A. Dublin
3     John D. Cline
      JONES DAY
4     555 California Street, 26th Floor
      San Francisco, CA 94104-1500
5     Telephone:  (415) 626-3939
6     Facsimile:  (415) 875-5700

7     *Counsel for Defendant Amnon Landan*

8  Dated: May ___, 2006

9  By: _____
      Jeffrey S. Facter
10    Patrick D. Robbins
      SHEARMAN & STERLING LLP
11    525 Market Street #1500
      San Francisco, CA 94105
12    Telephone:  (415) 616-1100
13    Facsimile:  (415) 616-1199

14    *Counsel for Defendant Douglas P. Smith*

15  Dated: May ___, 2006

16
17  By: _____
      James N. Kramer (#154709)
      ORRICK HERRINGTON & SUTCLIFFE LLP
18    405 Howard Street
19    San Francisco, CA 94105
      Telephone:  (415) 773-5700
20    Facsimile:  (415) 773-5759

21    *Counsel for Defendant Susan J. Skaer*

22  Dated: May ___, 2006

23
24  By: _____
      William Goodman (#61305)
      LAW OFFICES OF TOPEL & GOODMAN APC
25    832 Sansome Street, Fourth Floor
      San Francisco, CA 94111
26    Telephone:  (415) 421-6140
27    Facsimile:  (415) 398-5030

28    *Counsel for Defendant Bryan LeBlanc*

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED RELATED ACTIONS AND SCHEDULE FOR FILING OF THE CONSOLIDATED COMPLAINT AND BRIEFING CERTAIN MOTIONS        5

```
 1  Dated: May____, 2006
 2  By: _____
 3      Kirk A. Dublin
        John D. Cline
 4      JONES DAY
        555 California Street, 26th Floor
 5      San Francisco, CA 94104-1500
        Telephone:   (415) 626-3939
 6      Facsimile:   (415) 875-5700
 7
        Counsel for Defendant Amnon Landan
 8
    Dated: May 31, 2006
 9
    By: _____
10      Jeffrey S. Facter
        Patrick D. Robbins
11      SHEARMAN & STERLING LLP
        525 Market Street #1500
12      San Francisco, CA 94105
        Telephone:   (415) 616-1100
13      Facsimile:   (415) 616-1199
14
        Counsel for Defendant Douglas P. Smith
15
    Dated: May____, 2006
16
    By: _____
17      James N. Kramer (#154709)
18      ORRICK HERRINGTON & SUTCLIFFE LLP
        405 Howard Street
19      San Francisco, CA 94105
        Telephone:   (415) 773-5700
20      Facsimile:   (415) 773-5759
21
        Counsel for Defendant Susan J. Skaer
22
    Dated: May____, 2006
23
    By: _____
24      William Goodman (#61305)
25      LAW OFFICES OF TOPEL & GOODMAN APC
        832 Sansome Street, Fourth Floor
26      San Francisco, CA 94111
        Telephone:   (415) 421-6140
27      Facsimile:   (415) 398-5030
28
        Counsel for Defendant Bryan LeBlanc
```

1 | Dated: May____, 2006

2 | By: _____
3 | Kirk A. Dublin
    | John D. Cline
4 | JONES DAY
    | 555 California Street, 26th Floor
5 | San Francisco, CA 94104-1500
    | Telephone: (415) 626-3939
6 | Facsimile: (415) 875-5700

7 | *Counsel for Defendant Amnon Landan*

8 | Dated: May____, 2006

9 |
10 | By: _____
    | Jeffrey S. Facter
11 | Patrick D. Robbins
    | SHEARMAN & STERLING LLP
12 | 525 Market Street #1500
    | San Francisco, CA 94105
13 | Telephone: (415) 616-1100
    | Facsimile: (415) 616-1199
14 |

15 | *Counsel for Defendant Douglas P. Smith*

16 | Dated: May 24th, 2006

17 | By: /s/ James N. Kramer
    | James N. Kramer (#154709)
18 | ORRICK HERRINGTON & SUTCLIFFE LLP
    | 405 Howard Street
19 | San Francisco, CA 94105
20 | Telephone: (415) 773-5700
    | Facsimile: (415) 773-5759
21 |

22 | *Counsel for Defendant Susan J. Skaer*

23 | Dated: May____, 2006

24 | By: _____
    | William Goodman (#61305)
25 | LAW OFFICES OF TOPEL & GOODMAN APC
    | 832 Sansome Street, Fourth Floor
26 | San Francisco, CA 94111
    | Telephone: (415) 421-6140
27 | Facsimile: (415) 398-5030

28 | *Counsel for Defendant Bryan LeBlanc*

---

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED RELATED ACTIONS AND SCHEDULE FOR FILING OF THE CONSOLIDATED COMPLAINT AND BRIEFING CERTAIN MOTIONS     5

1 | Dated: May___, 2006

2 | By: _____
3 | Kirk A. Dublin
    John D. Cline
4 | JONES DAY
    555 California Street, 26th Floor
5 | San Francisco, CA 94104-1500
    Telephone:  (415) 626-3939
6 | Facsimile:  (415) 875-5700

7 | *Counsel for Defendant Amnon Landan*

8 | Dated: May___, 2006

9 |
10 | By: _____
    Jeffrey S. Facter
11 | Patrick D. Robbins
    SHEARMAN & STERLING LLP
12 | 525 Market Street #1500
    San Francisco, CA 94105
13 | Telephone:  (415) 616-1100
    Facsimile:  (415) 616-1199
14 |
15 | *Counsel for Defendant Douglas P. Smith*

16 | Dated: May___, 2006

17 | By: _____
    James N. Kramer (#154709)
18 | ORRICK HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
19 | San Francisco, CA 94105
    Telephone:  (415) 773-5700
20 | Facsimile:  (415) 773-5759

21 |
    *Counsel for Defendant Susan J. Skaer*
22 |
    Dated: May 24, 2006
23 |
24 | By: /s/ William Goodman  by App
    William Goodman (#61305)
25 | LAW OFFICES OF TOPEL & GOODMAN APC
    832 Sansome Street, Fourth Floor
26 | San Francisco, CA 94111
    Telephone:  (415) 421-6140
27 | Facsimile:  (415) 398-5030

28 | *Counsel for Defendant Bryan LeBlanc*

1  Dated: May 31, 2006
2  By: _____
      Peter A. Binkow (#173848)
3     Marc L. Godino (#182689)
      GLANCY BINKOW & GOLDBERG LLP
4     1801 Avenue of the Stars, Suite 311
      Los Angeles, California 90067
5     Telephone:    (310) 201-9150
      Facsimile:    (310) 201-9160
6
      Joel H. Bernstein (admitted *pro hac vice*)
7     Christopher J. Keller (admitted *pro hac vice*)
      Conor R. Crowley (admitted *pro hac vice*)
8     LABATON SUCHAROW & RUDOFF LLP
      100 Park Avenue
9     New York, New York 10017
      Telephone:    (212) 907-0700
10    Facsimile:    (212) 818-0477

11    *Co-Lead Counsel for the Mercury Pension Fund Group and the Class*

12    H. Russell Smouse
      Glenn E. Mintzer
13    LAW OFFICE OF PETER G. ANGELOS, P.C.
      One Charles Center
14    100 N. Charles Street
      Baltimore, Maryland 21201
15    Telephone:    (800) 556-5522
      Facsimile:    (410) 649-2110
16
      E. Powell Miller
17    Jayson Blake
      MILLER LAW FIRM PC
18    950 West University Drive, Suite 300
      Rochester, Michigan 48307
19    Telephone:    (248) 841-2200
      Facsimile:    (248) 652-2852
20
      Michael VanOverbeke
21    VANOVERBEKE MICHAUD & TIMMONY, P.C.
      79 Alfred Street
22    Detroit, Michigan 48201
      Telephone: (313) 578-1200
23    Facsimile: (313) 578-1201

24    *Counsel for the Mercury Pension Fund Group*

25    SO ORDERED:

26    Dated: May___, 2006
         June 5, 2006
27
      By: _____
28       The Honorable Jeremy Fogel
         United States District Judge

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED RELATED ACTIONS AND SCHEDULE FOR FILING OF THE CONSOLIDATED COMPLAINT AND BRIEFING CERTAIN MOTIONS   6

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18, and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On May 31, 2006, I served the following document by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED ACTIONS
AND SCHEDULE FOR FILING OF THE CONSOLIDATED COMPLAINT
AND BRIEFING CERTAIN MOTIONS**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed as follows:

Franklin B. Velie
Andrew T. Solomon
Sullivan & Worcester, LLP
1290 Avenue of the Americas
New York, NY 10104

Joel H. Bernstein
Conor R. Crowley
Christopher J. Keller
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017-5563

James N. Kramer
Orrick Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

E. Powell Miller
Miller Law Firm PC
950 W. University Drive, Suite 300
Rochester, MI 48307

Norman J. Blears
Heller Ehrman LLP
275 Middlefield Rd.
Menlo Park, CA 94025

Michael Adam Schwartz
Wolf Popper LLP
845 Third Avenue
New York, NY 10022-6689

William Goodman
Law Offices of Topel & Goodman APC
832 Sansome Street, Fourth Floor
San Francisco, CA 94111

H. Russell Smouse
Glenn E. Mintzer
Law Office of Peter G. Angelos, P.C.
One Charles Center
100 N. Charles Street
Baltimore, MD 21201

Michael VanOverbeke
Vanoverbeke, Michaud & Timmony P.C.
79 Alfred Street
Detroit, MI 48201

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 31, 2006, at Los Angeles, California.

Tia Reiss