**E-filed 6/27/06**

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION; | ) ) LEAD CASE NO.  05-3395 JF (PVT) |
| | ) |
| This Document Relates To: | ) ) **STIPULATION AND [~~PROPOSED~~]** |
| ALL ACTIONS | ) **ORDER TO CONTINUE CASE** ) **MANAGEMENT CONFERENCE** |
| | ) |
| | ) DATE:          July 7, 2006 |
| | ) TIME:          10:30 a.m. |
| | ) COURTROOM:  3, 5th Floor |
| | ) JUDGE:         Honorable Jeremy Fogel |
| | ) |
| IN RE MERCURY INTERACTIVE CORP. DERIVATIVE LITIGATION; | ) LEAD CASE NO. 05-04642 JF (PVT) ) |
| | ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS | ) ) |
| | ) |
| | ) |
| TERRY KLEIN, | ) CASE NO. 06-2971 JF (PVT) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AMNON LANDAN, et al. | ) ) |
| Defendants. | ) ) |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1    WHEREAS, there are three related actions currently pending before this Court:  *In re*

2   *Mercury Interactive Corporation Securities Litigation*, Lead Case No. 05-3395 (the "Class

3   Action"), *In re Mercury Interactive Corporation Derivative Litigation*, Lead Case No. 05-4642

4   (the "Derivative Action"), and *Klein v. Landan*, Case No. 06-2971 (the "Section 16(b) Action");

5    WHEREAS, all three actions involve substantially the same parties and are currently

6   scheduled for a Case Management Conference ("CMC") on July 7, 2006;

7    WHEREAS, on June 6, 2006, the parties to the Section 16(b) Action stipulated to extend

8   defendants' time to respond to plaintiff's complaint until July 21, 2006;

9    WHEREAS, on June 7, 2006 a stipulation and order was entered whereby the Class Action

10   plaintiffs' consolidated amended complaint is due to be filed sometime between August 7 and

11   September 5, 2006;

12    WHEREAS, on June 13, 2006, a stipulation and order was entered by this Court staying all

13   proceedings in the Derivative Action pending resolution of a substantially similar action pending

14   in the Santa Clara County Superior Court;

15    WHEREAS, the parties agree that while it is in the best interest of judicial economy and

16   the resources of the parties that the CMC for all three actions be held simultaneously, a CMC

17   would be premature at this time given the above-described status of the three actions.

18   Accordingly, the parties agree that the CMC should be continued until after a consolidated

19   amended complaint has been filed in the Class Action.

20

21    IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE

22   UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, AS FOLLOWS:

23    1.    The CMC currently scheduled for July 7, 2006 in the Class Action, Derivative

24   Action and Section 16(b) Action is hereby **CONTINUED** to September 8, 2006 at 10:30 a.m.

25

26

27

28
                                            1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

DATED:  June 22, 2006          HELLER EHRMAN LLP

_____
/S/

SARA B. BRODY
HOWARD CARO
NICOLE ACTON JONES

333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6032
Facsimile:  415/772-6268

HELLER EHRMAN LLP
Norman J. Blears
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: 650/324-7000
Facsimile:  650/324-0638

*Counsel for Defendants Mercury Interactive Corp., Clyde Ostler, Brad Boston, Anthony Zingale, David Murphy and Yuval Scarlat*

DATED:  June 21, 2006          SHEARMAN & STERLING

_____
/S/

JEFFREY S. FACTER
PATRICK D. ROBBINS

525 Market Street
San Francisco, CA 94105
Telephone:  415/616-1000
Facsimile:   415/616-1199

*Counsel for Defendant Douglas P. Smith*

2

1   DATED:  June 21, 2006                    JONES DAY

2                                            _____/S/_____
3                                            JOHN CLINE
                                             KIRK DUBLIN
4                                            ELISE MILSTEIN

5                                            555 California Street, 26th Floor
                                             San Francisco, CA
6                                            Telephone:  415/875-5812
                                             Facsimile:   415/875-5700
7
8                                            WINSTON & STRAWN  LLP
                                             Jonathan Cohen
9                                            101 California St.
                                             San Francisco CA 94111
10                                           Telephone: 415/591-1483
                                             Facsimile:  415/591-1400
11
12                                           SULLIVAN & WORCESTER LLP
                                             Franklin Velie
13                                           Andrew Solomon
                                             1290 Avenue of the Americas
14                                           New York, NY 10104
                                             Telephone:  212/660-3037
15                                           Facsimile:   212/660-3001
16
                                             *Counsel for Defendant Amnon Landan*
17
     DATED:  June 21, 2006                    ORRICK, HERRINGTON & SUTCLIFFE LLP
18
19
                                             _____/S/_____
20                                           JAMES KRAMER
                                             TODD SCOTT
21
22                                           The Orrick Building
                                             405 Howard Street
23                                           San Francisco, California 94105
                                             Telephone: 415/773-5610
24                                           Facsimile:  415/773-5759

25                                           *Counsel for Defendant Susan Skaer*

26
27                                                       3
28   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
     CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1    DATED:  June 21, 2006                KEKER & VAN NEST LLP

2

3

4                                        _____/S/_____
                                              JAN NIELSEN LITTLE
5                                              ASIM BHANSALI

6                                        710 Sansome Street
                                         San Francisco, CA 94111
7                                        Telephone:  415/391-5400
                                         Facsimile:  415/397-7188
8
                                         PAUL WEISS
9                                        Mark F. Pomerantz
                                         Eric S. Goldstein
10                                       Roberto Finzi
                                         1285 Avenue of the Americas
11                                       New York, NY 10019-6064
                                         Telephone:  212/373-3000
12                                       Facsimile:   212/757-3990

13                                       *Counsel for Defendants Igal Kohavi, Giora Yaron*
                                         *and Yair Shamir*
14

15   DATED:  June 21, 2006                LAW OFFICES OF TOPEL & GOODMAN APC

16

17

18                                       _____/S/_____
                                              WILLIAM GOODMAN
19                                             ANDREA DESHAZO

20                                       832 Sansome Street, Fourth Floor
                                         San Francisco, CA  94111
21                                       Telephone:      (415) 421-6140
                                         Facsimile:      (415) 398-5030
22

23                                       *Counsel for Defendant Bryan LeBlanc*

24

25

26

27                                            4

28   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
     CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1

DATED:  June 22, 2006                    FARELLA BRAUN + MARTEL LLP

2

3                                            _____/S/_____
                                             DOUGLAS YOUNG
4                                            JAMES MANN

5                                            Russ Building
                                             235 Montgomery Street, 17th Floor
6                                            San Francisco, California 94104
                                             Telephone: 415/954-4400
7                                            Facsimile:  415/954-4480

8                                            *Counsel for Defendant Sharlene Abrams*

9    DATED:  June 22, 2006                    WILSON SONSINI GOODRICH & ROSATI

10

11                                           _____/S/_____
                                             JARED KOPEL
12

13                                           650 Page Mill Road
                                             Palo Alto, CA 94304-1050
14                                           Telephone:  650/493-9033
                                             Facsimile:   650/493-6811
15

16                                           *Counsel for Defendant Kenneth Klein*

17

18

19

20

21

22

23

24

25

26

27                                                       5

28

1   DATED: June 22, 2006            GLANCY BINKOW & GOLDBERG LLP

2

3                                             /S/
                                  PETER A. BINKOW

4                                  MARC L. GODINO

5                           1801 Avenue of the Stars, Suite 311

6                           Los Angeles, California 90067
                           Telephone:    (310) 201-9150

7                           Facsimile:     (310) 201-9160

8                           LABATON SUCHAROW & RUDOFF LLP

9                           Joel H. Bernstein
                           Christopher J. Keller

10                        Conor R. Crowley
                         100 Park Avenue

11                        New York, New York 10017
                       Telephone:    (212) 907-0700

12                      Facsimile:     (212) 818-0477

13

14                    *Co-Lead Counsel for Plaintiff the Mercury Pension
                    Fund Group and the Class*

15                    LAW OFFICE OF PETER G. ANGELOS, P.C.

16                    H. Russell Smouse
                    Glenn E. Mintzer

17                    One Charles Center

18                    100 N. Charles Street
                    Baltimore, Maryland 21201

19                    Telephone:    (800) 556-5522
                    Facsimile:     (410) 649-2110

20

21                    MILLER LAW FIRM PC

22                    E. Powell Miller
                    Jayson Blake

23                    950 West University Drive, Suite 300
                    Rochester, Michigan 48307

24                    Telephone:    (248) 841-2200
                    Facsimile:     (248) 652-2852

25

26

27

28

6

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1    VANOVERBEKE MICHAUD & TIMMONY, P.C.
     Michael VanOverbeke
2    79 Alfred Street
     Detroit, Michigan 48201
3    Telephone: (313) 578-1200
     Facsimile: (313) 578-1201
4

5    *Counsel for the Mercury Pension Fund Group*

6
     DATED:   June 22, 2006          WOLF HALDENSTEIN ADLER
7                                      FREEMAN & HERZ LLP

8

9                                    _____
                                            /S/
                                     RACHELE R. RICKERT
10

11                                   750 B Street, Suite 2770
                                     San Diego, CA 92101
12                                   Telephone:  619/239-4599
                                     Facsimile:  619/234-4599

13                                   *Chairman, Derivative Plaintiffs' Executive*
                                     *Committee*
14

15                                   WECHSLER HARWOOD LLP
                                     Robert Harwood
16                                   488 Madison Avenue, 8th Floor
                                     New York, NY 10022
17                                   Telephone:  212/935-7400
                                     Facsimile:  212/753-3630
18

19                                   MILBERG WEISS BERSHAD & SHULMAN LLP
                                     Jeffrey S. Westerman
20                                   355 S. Grand Avenue, Suite 4170
                                     Los Angeles, CA 90071
21                                   Telephone: 213/617-1200
                                     Facsimile:  213/617-1975
22

23                                   SCHIFFRIN & BARROWAY LLP
                                     Eric Zagar
24                                   280 King of Prussia Road
                                     Radnor, PA 19807
25                                   Telephone: 610/667-7706
                                     Facsimile:  610/667-7056
26

27                                   *Derivative Plaintiffs' Executive Committee*

28
                                            7
     STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
     CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1  DATED:  June 21, 2006                     WHITEHEAD & PORTER LLP

2

3                                            _____/S/_____
                                                    STEPHEN L. PORTER
4
                                             220 Montgomery Street, Suite 1850
5                                            San Francisco, CA 94104
                                             Telephone: 415/781-6070
6                                            Facsimile:  415/788-6521

7                                            *Local Counsel for Plaintiff Terry Klein*

8                                            BRAGAR WEXLER & EAGEL, P.C.
                                             Paul D. Wexler
9                                            885 Third Avenue
                                             New York, NY  10022
10                                           Telephone: 212/308-5858
                                             Facsimile:  212/486-0462
11
                                             OSTRAGER CHONG FLAHERTY & BROITMAN
12                                           Glenn F. Ostrager
                                             250 Park Avenue, Suite 825
13                                           New York, NY  10177
                                             Telephone: 212/681-0600
14                                           Facsimile:  212/681-0300

15
                                             *Counsel for Plaintiff Terry Klein*
16

17

18       I, Nicole Acton Jones, hereby attest that I have on file all holograph signatures for any

19  signatures indicated by a "conformed" signature (/S/) within this e-filed document.

    DATED:  June 22, 2006                     By:_____/S/_____
20                                                     NICOLE ACTON JONES

21

22

23  **IT IS SO ORDERED.**

24
    DATED ____6/22/06_____      _____
25                                                HONORABLE JEREMY FOGEL

26

27                                           8

28  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
    CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)