PETER A. BINKOW  #173848
MARC L. GODINO  #182689
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

JOEL H. BERNSTEIN (admitted *pro hac vice*)
CHRISTOPHER J. KELLER (admitted *pro hac vice*)
CONOR R. CROWLEY (admitted *pro hac vice*)
ALAN I. ELLMAN  (admitted *pro hac vice*)
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, New York 10017
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
Email: info@labaton.com

Co-Lead Counsel for Lead Plaintiff Mercury Pension Fund Group and the Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION;<br><br>This Document Relates To:<br><br>ALL ACTIONS | LEAD CASE NO.  05-3395 JF (PVT)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FILING DATE FOR THE CONSOLIDATED AMENDED COMPLAINT AND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR THE CONSOLIDATED
AMENDED COMPLAINT AND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1

2

3      WHEREAS, on June 7, 2006 this Court entered a scheduling order whereby the

4  Consolidated Complaint would be filed on or before the later of (a) sixty (60) days after the date of

5  this Order or (b) twenty-one (21) days after Mercury Interactive files its restatement with the SEC,

6  but no later than ninety (90) days from the date of this Order;

7

8      WHEREAS, under this Scheduling Order, Defendants have sixty (60) days after filing

9  and service of the Consolidated Amended Complaint to answer or otherwise respond. If

10  Defendants move to dismiss the Consolidated Amended Complaint, Lead Plaintiff's opposition

11  would be filed forty-five (45) days of filing and service of the motions to dismiss.  Defendants'

12  reply papers would be filed within thirty (30) days of service of Lead Plaintiff's opposition papers;

13

14      WHEREAS, based on the current schedule, the Consolidated Amended Complaint is due

15  September 5, 2006, one day after Labor Day;

16      WHEREAS, due to the upcoming Labor Day holiday, and the desire to fully and

17  adequately prepare and finalize the Consolidated Amended Complaint, Lead Plaintiff respectfully

18  requests an additional three (3) days to file the Consolidated Amended Complaint;

19

20      WHEREAS, all parties have agreed to this short extension of time to file the Consolidated

21  Amended Complaint;

22      WHEREAS, the parties further agree to modify the time to respond to the Consolidated

23  Amended Complaint;

24

25

26

27                                          1

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR THE CONSOLIDATED
AMENDED COMPLAINT AND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1    IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE

2    UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, AS FOLLOWS:

3

4        1.        The Consolidated Amended Complaint currently scheduled to be filed on

5    September 5, 2006 is hereby **CONTINUED** to September 8, 2006;

6

7        2.        The parties further agree to modify Paragraphs 6, 7, and 8 of the June 7, 2006

8    Scheduling Order as follows:

9                (6) Defendants shall respond to the Consolidated Amended Complaint by

10   November 17, 2006;

11

12               (7) If Defendants move to dismiss the Consolidated Amended Complaint, Lead

13   Plaintiff's opposition papers shall be filed and served on January 8, 2006;

14               (8) Defendants' reply papers shall be filed and served on February 9, 2006.

15       DATED:  August 31, 2006            GLANCY BINKOW & GOLDBERG LLP

16

17

18                                          __s/Marc L. Godino___
                                            PETER A. BINKOW
19                                          MARC L. GODINO

20                                          1801 Avenue of the Stars, Suite 311
                                            Los Angeles, California 90067
21                                          Telephone:     (310) 201-9150
                                            Facsimile:     (310) 201-9160
22

23

24

25

26

27                                          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LABATON SUCHAROW & RUDOFF LLP
Joel H. Bernstein
Christopher J. Keller
Conor R. Crowley
Alan I. Ellman
100 Park Avenue
New York, New York 10017
Telephone:      (212) 907-0700
Facsimile:      (212) 818-0477

*Co-Lead Counsel for Plaintiff the Mercury Pension Fund Group and the Class*

LAW OFFICE OF PETER G. ANGELOS, P.C.
H. Russell Smouse
Glenn E. Mintzer
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21201
Telephone:      (800) 556-5522
Facsimile:      (410) 649-2110

MILLER LAW FIRM PC
E. Powell Miller
Jayson Blake
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone:      (248) 841-2200
Facsimile:      (248) 652-2852
VANOVERBEKE MICHAUD & TIMMONY, P.C.
Michael VanOverbeke
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201

*Counsel for the Mercury Pension Fund Group*

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR THE CONSOLIDATED
AMENDED COMPLAINT AND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

DATED:  August 31, 2006                    HELLER EHRMAN LLP


                                           ___*s/Sara B. Brody*_____
                                                SARA B. BRODY
                                                HOWARD CARO
                                                CECILIA CHAN

                                           333 Bush Street
                                           San Francisco, CA 94104
                                           Telephone: 415/772-6032
                                           Facsimile: 415/772-6268


                                           HELLER EHRMAN LLP
                                           Norman J. Blears
                                           275 Middlefield Road
                                           Menlo Park, CA  94025-3506
                                           Telephone: 650/324-7000
                                           Facsimile: 650/324-0638

                                           *Counsel for Defendants Mercury Interactive Corp.,*
                                           *Clyde Ostler, Brad Boston, Anthony Zingale, David*
                                           *Murphy and Yuval Scarlat*

DATED:  August 31, 2006                    SHEARMAN & STERLING


                                           ___*s/Jeffrey S. Facter*_____
                                                JEFFREY S. FACTER
                                                PATRICK D. ROBBINS

                                           525 Market Street
                                           San Francisco, CA 94105
                                           Telephone: 415/616-1100
                                           Facsimile: 415/616-1199

                                           *Counsel for Defendant Douglas P. Smith*

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR THE CONSOLIDATED
AMENDED COMPLAINT AND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1

DATED:  August 31, 2006                           JONES DAY

2

3                                                 ___*s/Kirk Dublin*_____
                                                  JOHN CLINE
                                                  KIRK DUBLIN
4                                                 ELISE MILSTEIN

5                                                 555 California Street, 26th Floor
                                                  San Francisco, CA
6                                                 Telephone:  415/875-5812
                                                  Facsimile:  415/875-5700
7

8                                                 WINSTON & STRAWN  LLP
                                                  Jonathan Cohen
9                                                 101 California St.
                                                  San Francisco CA 94111
10                                                Telephone: 415/591-1483
                                                  Facsimile:  415/591-1400
11

12                                                SULLIVAN & WORCESTER LLP
                                                  Franklin Velie
13                                                Andrew Solomon
                                                  1290 Avenue of the Americas
14                                                New York, NY 10104
                                                  Telephone:  212/660-3037
15                                                Facsimile:  212/660-3001

16                                                *Counsel for Defendant Amnon Landan*

17
   DATED:  August 31, 2006                        ORRICK, HERRINGTON & SUTCLIFFE LLP
18

19

20                                                ___*s/Todd Scott*_____
                                                  JAMES KRAMER
21                                                TODD SCOTT

22                                                The Orrick Building
                                                  405 Howard Street
23                                                San Francisco, California 94105
                                                  Telephone: 415/773-5610
24                                                Facsimile:  415/773-5759

25                                                *Counsel for Defendant Susan Skaer*

26

27                                                5

28     STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR THE CONSOLIDATED
       AMENDED COMPLAINT AND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT
       CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1  DATED:  August 31, 2006                    KEKER & VAN NEST LLP

2

3

4                                              ___*s/Jan Nielsen Little*_____
                                                JAN NIELSEN LITTLE
5                                               ASIM BHANSALI

6                                              710 Sansome Street
                                               San Francisco, CA 94111
7                                              Telephone: 415/391-5400
                                               Facsimile: 415/397-7188
8

9                                              PAUL WEISS
                                               Mark F. Pomerantz
10                                             Eric S. Goldstein
                                               Roberto Finzi
11                                             1285 Avenue of the Americas
                                               New York, NY 10019-6064
12                                             Telephone: 212/373-3000
                                               Facsimile:  212/757-3990
13
                                               *Counsel for Defendants Igal Kohavi, Giora Yaron*
14                                             *and Yair Shamir*

15  DATED:  August 31, 2006                    LAW OFFICES OF TOPEL & GOODMAN APC

16

17

18                                             ___*s/Andrea Deshazo*_____
                                                WILLIAM GOODMAN
19                                              ANDREA DESHAZO

20                                             832 Sansome Street, Fourth Floor
                                               San Francisco, CA  94111
21                                             Telephone:     (415) 421-6140
                                               Facsimile:     (415) 398-5030
22
                                               *Counsel for Defendant Bryan LeBlanc*
23

24                                        **DECLARATION**

25          Pursuant to General Order 45, Section X.B, I attest that concurrence in the filing of this
     document has been obtained from each of the above signatories.
26
                                               ___*s/Marc Godino*___
27                                                    6

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR THE CONSOLIDATED
     AMENDED COMPLAINT AND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT
     CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1

## [~~PROPOSED~~] ORDER

2

3        **IT IS SO ORDERED** that:

4        1.        The Consolidated Amended Complaint currently scheduled to be filed on

5   September 5, 2006 is hereby **CONTINUED** to September 8, 2006;

6

7        2.        Paragraphs 6, 7, and 8 of the June 7, 2006 Scheduling Order are amended as

8   follows:

9                 (6) Defendants shall respond to the Consolidated Amended Complaint by

10  November 17, 2006;

11                (7) If Defendants move to dismiss the Consolidated Amended Complaint, Lead

12  Plaintiff's opposition papers shall be filed and served on January 8, 2006;

13

14                (8) Defendants' reply papers shall be filed and served on February 9, 2006.

15

16

17  Dated: September __5__, 2006        _____

18                                      Honorable Jeremy Fogel
                                        United States District Judge
19

20

21

22

23

24

25

26

27                                      7

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR THE CONSOLIDATED
    AMENDED COMPLAINT AND TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT
    CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)