LIONEL Z. GLANCY #134180
PETER A. BINKOW  #173848
MICHAEL GOLDBERG #188669
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

LABATON SUCHAROW & RUDOFF LLP
JOEL H. BERNSTEIN (admitted *pro hac vice*)
CHRISTOPHER J. KELLER (admitted *pro hac vice*)
ANDREI V. RADO
CONOR R. CROWLEY (admitted *pro hac vice*)
ALAN I. ELLMAN (admitted *pro hac vice*)
100 Park Avenue
New York, New York  10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: info@labaton.com

Attorneys for the Mercury Pension Fund Group
*Additional Counsel Listed on Signature Block*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION; | Civil Action No.: 5:05-CV-3395-JF (PVT) |
| This Document Relates To: | **CLASS ACTION** |
| ALL ACTIONS | Hearing |
| | Date:  November 28, 2006 |
| | Time: 10:00 A.M. |
| | Courtroom: 5 |

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING DATE AND SET BRIEFING SCHEDULE FOR LEAD PLAINTIFF'S MOTION TO MODIFY THE DISCOVERY STAY IMPOSED PURSUANT TO THE PSLRA**

1     WHEREAS, Lead Plaintiff, the Mercury Pension Fund Group, seeks to reschedule the hearing date for its Motion to Modify the Discovery Stay Imposed Pursuant to the PSLRA (the "Motion") from November 21, 2006 to November 28, 2006;

    WHEREAS, Defendants Mercury Interactive Corp., Douglas Smith and Susan Skaer ("Defendants") agree to reschedule the hearing date for the Motion to November 28, 2006;

    WHEREAS, any opposition to the Motion by Defendants must be filed no later than November 3, 2006;

    WHEREAS, any reply by Lead Plaintiff to Defendants' opposition must be filed no later than November 14, 2006;

    IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, that the Court issue this proposed order rescheduling the hearing date for the Motion to November 28, 2006 and setting November 3, 2006 as the deadline for Defendants' opposition and November 14, 2006 as the deadline for Lead Plaintiff's reply.

Respectfully submitted,

Dated: October 20, 2006　　　　　　　　　GLANCY BINKOW & GOLDBERG LLP

By:     /s/ Peter A. Binkow
        Peter A. Binkow   #173848
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

Dated: October 20, 2006　　　　　　　　　LABATON SUCHAROW & RUDOFF LLP

By:     /s/ Christopher J. Keller
        Christopher J. Keller
100 Park Avenue
New York, New York  10017
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Attorneys for Lead Plaintiff*
*Mercury Pension Fund Group and*
*Co-Lead Counsel for the Class*

| | | |
|---|---|---|
| 1 | Dated:  October 20, 2006 | HELLER EHRMAN LLP |
| 2 | | By:___/s/ Howard S. Caro_____ |
| 3 | | Howard S. Caro<br>333 Bush Street |
| 4 | | San Francisco, CA  94104<br>Telephone: (415) 772-6487 |
| 5 | | Facsimilie: (415) 772-6268 |
| 6 | | *Attorneys for Defendant* |
| 7 | | *Mercury Interactive Corp.* |
| 8 | Dated: October 20, 2006 | SHEARMAN & STERLING LLP |
| 9 | | By:___/s/ Jeffrey S. Facter_____ |
| 10 | | Jeffrey S. Facter<br>525 Market Street, Suite 1500 |
| 11 | | San Francisco, CA 94105<br>Telephone: (415) 616-1100 |
| 12 | | Facsimilie: (415) 616-1199 |
| 13 | | *Attorneys for Defendant Douglas P. Smith* |
| 14 | | |
| 15 | Dated: October 20, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 16 | | By:___/s/ Jim Kramer_____ |
| 17 | | Jim Kramer<br>405 Howard Street |
| 18 | | San Francisco, CA 94105<br>Telephone: (415) 773-5923 |
| 19 | | Facsimilie: (415) 773-5759 |
| 20 | | *Attorneys for Defendant Susan J. Skaer* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___10/20___, 2006

_Patricia V. Trumbull_
HONORABLE JEREMY FOGEL
United States District Judge
Magistrate

Case No.: 05-03395-JF (PVT)
STIPULATION TO RESCHEDULE HEARING DATE AND SET BRIEFING SCHEDULE FOR MOTION TO MODIFY THE DISCOVERY STAY IMPOSED PURSUANT TO THE PSLRA

2