UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MERCURY INTERACTIVE CORP. SECURITIES LITITGATION, _____ This Document Relates To: ALL ACTIONS _____ | Case No.: C 05-3395 JF (PVT)<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE AND STAYING DECEMBER 11, 2006 ORDER'S REQUIREMENT THAT MERCURY PRODUCE CERTAIN DOCUMENTS** |

On December 14, 2006, this court issued an order to Defendant Mercury Interactive Corp. ("Mercury") to show cause why it should not be held in contempt.[1]  On December 15, 2006, Mercury filed a response to the order to show cause.  Based on the response and supporting declarations filed by Mercury,

IT IS HEREBY ORDERED that the order to show cause is DISSOLVED.

IT IS FURTHER ORDERED that, to the extent this court's December 11, 2006 order requires Mercury to produce certain documents, it is STAYED pending resolution of Mercury's objection to the December 11, 2006 order.  In the event the December 11, 2006 requirement that Mercury produce documents is upheld, Mercury shall produce the documents within three business days thereafter.

Dated: *12/15/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*