1  PETER A. BINKOW  (State Bar No.173848)
   ROBERT M. ZABB (State Bar No. 114405)
2  MARC L. GODINO (State Bar No.182689)
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone:    (310) 201-9150
   Facsimile:    (310) 201-9160
5  Email: info@glancylaw.com

6  JOEL H. BERNSTEIN (admitted *pro hac vice*)
   CHRISTOPHER J. KELLER (admitted *pro hac vice*)
7  CONOR R. CROWLEY (admitted *pro hac vice*)
   ALAN I. ELLMAN (admitted *pro hac vice*)
8  LABATON SUCHAROW & RUDOFF LLP
   100 Park Avenue
9  New York, New York  10017
   Telephone:    (212) 907-0700
10 Facsimile:    (212) 818-0477
   Email: info@labaton.com

Co-Lead Counsel for the Mercury Pension Fund
Group and the Class

**E-filed 12/19/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | No. 3:05-cv-3395-JF<br><br>[PROPOSED] ORDER RE: BRIEFING OF OPPOSITIONS TO MOTIONS TO DISMISS |

The Court having considered Lead Plaintiff's Ex Parte Application for Leave to File a Unified Brief In Opposition to the Motions to Dismiss of Mercury Interactive Corp. and the Individual Defendants, and for GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Lead Plaintiff may file a unified brief in opposition to the motions to dismiss of Defendants Mercury Interactive Corp., Amnon Landan, Douglas Smith, Sharlene Abrams, Susan Skaer, Igal Kohavi, Yair Shamir and Giora Yaron of no more than seventy-five (75) pages in length, to be accompanied by a standard length brief to be filed in opposition to the motion to dismiss filed in this case by defendant PricewaterhouseCoopers.

IT IS SO ORDERED.

Dated: December 19, 2006

The Honorable Jeremy Fogel,
United States District Judge