\*\*E-Filed 1/11/07\*\*

NOT FOR CITATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION. | Case Number C 05-3395 JF (PVT)<br><br>ORDER SETTING BRIEFING SCHEDULE ON OBJECTIONS TO MAGISTRATE JUDGE'S RULING OF 12/11/06<br><br>[re: doc. nos. 185, 190] |

Defendants have filed objections to Magistrate Judge Trumbull's Order of December 11, 2006, granting in part Plaintiff's motion to lift the PSLRA stay on discovery. Any opposition to the objections shall be filed and served on or before January 23, 2007. Any reply briefs shall be filed and served on or before January 30, 2007. The matter thereafter will be taken under submission without oral argument.

IT IS SO ORDERED.

DATED: 1/11/07

_____
JEREMY FOGEL
United States District Judge

1   Copies of Order served on:

2

3   Joel H. Bernstein    jbernstein@labaton.com

4   Asim M. Bhansali    amb@kvn.com, efiling@kvn.com; gap@kvn.com; pwm@kvn.com

5   Peter Arthur Binkow    info@glancylaw.com, pbinkow@glancylaw.com

6   Sara B. Brody    sara.brody@hellerehrman.com, terri.newman@hellerehrman.com; Cecilia.Chan@hellerehrman.com; Gary.Padilla@hellerehrman.com

7

8   Howard S. Caro    hcaro@hewm.com, gary.padilla@hellerehrman.com; yvonne.somek@hellerehrman.com; benjamin.diggs@hellerehrman.com; SFDocCal@hewm.com

9   Michael Cecchini    mcecchini@gibsondunn.com, jhess@gibsondunn.com

10  John D. Cline    jcline@jonesday.com, tmdanowski@jonesday.com; pdavids@jonesday.com; zanderson@jonesday.com; cyip@jonesday.com

11

12  Aaron H. Darsky    adarsky@schubert-reed.com,

13  Kirk Andrew Dublin    kdublin@jonesday.com, tmdanowski@jonesday.com; adlangenbach@jonesday.com; arsand@jonesday.com; mlandsborough@jonesday.com

14  Alan I. Ellman    aellman@labaton.com, cchan@labaton.com

15  Jeffrey S. Facter    jfacter@shearman.com, cflood@shearman.com; rcheatham@shearman.com; jae.ko@shearman.com

16

17  Scott A. Fink    sfink@gibsondunn.com, bhonniball@gibsondunn.com

18  Michael M. Goldberg    info@glancylaw.com

19  Alicia G. Huffman    alicia.huffman@shearman.com, ron.cheatham@shearman.com; rcheatham@shearman.com

20  Benedict Y Hur    bhur@kvn.com, efiling@kvn.com; gpeterson@kvn.com

21  Willem F. Jonckheer    wjonckheer@schubert-reed.com

22  Nicole Acton Jones    nicole.jones@hellerehrman.com, harriette.louie@hellerehrman.com

23  Christopher J. Keller    ckeller@labaton.com, cchan@labaton.com

24  Jan Nielsen Little    jnl@kvn.com, efiling@kvn.com; srg@kvn.com

25  E. Powell Miller    epm@millerlawpc.com, asl@millerlawpc.com

26  Elise Natalie Milstein    emilstein@jonesday.com, mcassidy@jonesday.com

27  Patrick David Robbins    probbins@shearman.com

28  Adam Richard Sand , Esq    arsand@JonesDay.com, mlandsborough@jonesday.com

2

Case No. C 05-3395 JF (PVT)
ORDER SETTING BRIEFING SCHEDULE ON OBJECTIONS TO MAGISTRATE JUDGE'S RULING OF 12/11/06
(JFLC2)

1  Michael Adam Schwartz , Esq     mschwartz@wolfpopper.com
2  David R. Scott     drscott@scott-scott.com
3  Michael Todd Scott     tscott@orrick.com, adevlin@orrick.com
4  Arthur L. Shingler , III     ashingler@scott-scott.com, ssawyer@scott-scott.com
5  C. Brandon Wisoff     bwisoff@fbm.com, mzappas@fbm.com; calendar@fbm.com