**E-Filed 1/12/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION. | Case Number C 05-3395 JF (PVT) <br><br> **AMENDED**[1] ORDER SETTING BRIEFING SCHEDULE ON OBJECTIONS TO MAGISTRATE JUDGE'S RULING OF 12/11/06 <br><br> [re: doc. nos. 182, 185, 190] |

    Defendants have filed objections to Magistrate Judge Trumbull's Order of December 11, 2006, granting in part Plaintiff's motion to lift the PSLRA stay on discovery. Any opposition to the objections shall be filed and served on or before January 23, 2007. Any reply briefs shall be filed and served on or before January 30, 2007. The matter thereafter will be taken under submission without oral argument.

    IT IS SO ORDERED.

DATED: 1/12/07

_____
JEREMY FOGEL
United States District Judge

---

[1] The parenthetical portion of the order's caption has been amended to clarify that the Court will address the objections filed at docket number 182 as well as the objections filed at docket numbers 185 and 190. The reference to docket number 182 was omitted from the original order as the result of a clerical error.

1  Copies of Order served on:

2

3  Joel H. Bernstein     jbernstein@labaton.com

4  Asim M. Bhansali     amb@kvn.com, efiling@kvn.com; gap@kvn.com; pwm@kvn.com

5  Peter Arthur Binkow     info@glancylaw.com, pbinkow@glancylaw.com

6  Sara B. Brody     sara.brody@hellerehrman.com, terri.newman@hellerehrman.com; Cecilia.Chan@hellerehrman.com; Gary.Padilla@hellerehrman.com

7

8  Howard S. Caro     hcaro@hewm.com, gary.padilla@hellerehrman.com; yvonne.somek@hellerehrman.com; benjamin.diggs@hellerehrman.com; SFDocCal@hewm.com

9  Michael Cecchini     mcecchini@gibsondunn.com, jhess@gibsondunn.com

10  John D. Cline     jcline@jonesday.com, tmdanowski@jonesday.com; pdavids@jonesday.com; zanderson@jonesday.com; cyip@jonesday.com

11

12  Aaron H. Darsky     adarsky@schubert-reed.com,

13  Kirk Andrew Dublin     kdublin@jonesday.com, tmdanowski@jonesday.com; adlangenbach@jonesday.com; arsand@jonesday.com; mlandsborough@jonesday.com

14  Alan I. Ellman     aellman@labaton.com, cchan@labaton.com

15  Jeffrey S. Facter     jfacter@shearman.com, cflood@shearman.com; rcheatham@shearman.com; jae.ko@shearman.com

16

17  Scott A. Fink     sfink@gibsondunn.com, bhonniball@gibsondunn.com

18  Michael M. Goldberg     info@glancylaw.com

19  Alicia G. Huffman     alicia.huffman@shearman.com, ron.cheatham@shearman.com; rcheatham@shearman.com

20  Benedict Y Hur     bhur@kvn.com, efiling@kvn.com; gpeterson@kvn.com

21  Willem F. Jonckheer     wjonckheer@schubert-reed.com

22  Nicole Acton Jones     nicole.jones@hellerehrman.com, harriette.louie@hellerehrman.com

23  Christopher J. Keller     ckeller@labaton.com, cchan@labaton.com

24  Jan Nielsen Little     jnl@kvn.com, efiling@kvn.com; srg@kvn.com

25  E. Powell Miller     epm@millerlawpc.com, asl@millerlawpc.com

26  Elise Natalie Milstein     emilstein@jonesday.com, mcassidy@jonesday.com

27  Patrick David Robbins     probbins@shearman.com

28  Adam Richard Sand , Esq     arsand@JonesDay.com, mlandsborough@jonesday.com

2

Case No. C 05-3395 JF (PVT)
AMENDED ORDER SETTING BRIEFING SCHEDULE ON OBJECTIONS
(JFLC2)

1 | Michael Adam Schwartz , Esq    mschwartz@wolfpopper.com
2 | David R. Scott    drscott@scott-scott.com
3 | Michael Todd Scott    tscott@orrick.com, adevlin@orrick.com
4 | Arthur L. Shingler , III    ashingler@scott-scott.com, ssawyer@scott-scott.com
5 | C. Brandon Wisoff    bwisoff@fbm.com, mzappas@fbm.com; calendar@fbm.com

Case No. C 05-3395 JF (PVT)
AMENDED ORDER SETTING BRIEFING SCHEDULE ON OBJECTIONS
(JFLC2)