SARA B. BRODY (Bar No. 130222)
HOWARD S. CARO (Bar No. 202082)
CECILIA Y. CHAN (Bar No. 240971)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: 415.772.6000
Facsimile: 415.772.6468
Email:       Sara.Brody@hellerehrman.com

NORMAN J. BLEARS (Bar No. 95600)
ROBIN E. WECHKIN (admitted *pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: 650.324.7000
Facsimile: 650.324.0638
Email:       Norman.Blears@hellerehrman.com

Attorneys for MERCURY INTERACTIVE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MERCURY INTERACTIVE CORP. SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.: 5:05-CV-3395-JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 6, 2007 HEARING ON LEAD PLAINTIFF'S MOTION TO MODIFY PSLRA DISCOVERY STAY**<br><br>**Civil Local Rule 6-2**<br><br>The Honorable Patricia V. Trumbull |

WHEREAS, on November 28, 2006, this Court heard oral argument on Lead Plaintiff's Motion to Modify the PSLRA Discovery Stay Imposed Pursuant to the PSLRA (the "Motion");

WHEREAS, on December 11, 2006, this Court issued an order, granting Lead Plaintiff's Motion in part and continuing the Motion in part to February 6, 2007 ("December 11, 2006 Order);

WHEREAS, on December 26, 2006, Defendants filed objections to the December 11, 2006 Order and sought review by Judge Fogel;

WHEREAS, on January 11, 2007, Judge Fogel issued an order setting further briefing schedule on Defendants' objections ("Scheduling Order");

WHEREAS, pursuant to Scheduling Order, Lead Plaintiff filed its opposition to Defendants' objections on January 23, 2007 and Defendants filed their replies on January 30, 2007; and

WHEREAS, the parties agree that, in light of the pending review of the December 11, 2006 Order by Judge Fogel, it is in the best interest of judicial economy and the resources of the parties that the February 6, 2007 hearing before this Court be continued to a date following a ruling by Judge Fogel.

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, AS FOLLOWS:

1. Pursuant to Civil Local Rule 6-2, the currently scheduled February 6, 2007 hearing before this Court is hereby **CONTINUED** to a date following Judge Fogel's ruling on Defendants' objections.

2. Following a ruling from Judge Fogel, the parties shall meet and confer in good faith to reach an agreeable hearing date for the continued hearing on Lead Plaintiff's Motion.

DATED: February 1, 2007               Respectfully submitted,

                                      HELLER EHRMAN LLP


                                      By /s/  Sara B. Brody
                                         Sara B. Brody
                                         Attorneys for Defendant
                                         MERCURY INTERACTIVE CORPORATION

| | | |
|---|---|---|
| 1 | DATED:  February 1, 2007 | LABATON SUCHAROW & RUDOFF LLP |
| 2 | | |
| 3 | | By /s/  Alan I. Ellman_____ |
| 4 | | Alan I. Ellman<br>Attorneys for Lead Plaintiff |
| 5 | | MERCURY PENSION FUND GROUP AND THE CLASS |
| 6 | DATED:  February 1, 2007 | FARELLA BRAUN + MARTEL LLP |
| 7 | | |
| 8 | | By /s/  C. Brandon Wisoff_____ |
| 9 | | C. Brandon Wisoff<br>Attorneys for Defendant |
| 10 | | SHARLENE ABRAMS |
| 11 | DATED:  February 1, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | | |
| 13 | | By /s/  James N. Kramer_____ |
| 14 | | James N. Kramer<br>Attorneys for Defendant |
| 15 | | SUSAN SKAER |
| 16 | DATED:  February 1, 2007 | JONES DAY |
| 17 | | |
| 18 | | By /s/  Adam R. Sand_____ |
| 19 | | Adam R. Sand<br>Attorneys for Defendant<br>AMNON LANDAN |
| 20 | DATED:  February 1, 2007 | SHEARMAN & STERLING |
| 21 | | |
| 22 | | By /s/  Patrick D. Robbins_____ |
| 23 | | Patrick D. Robbins<br>Attorneys for Defendant |
| 24 | | DOUGLAS P. SMITH |

| | | |
|---|---|---|
| 1 | DATED: February 1, 2007 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By /s/ Eric S. Goldstein_____ |
| 4 | | Eric S. Goldstein |
| | | Attorneys for Defendants |
| 5 | | IGAL KOHAVI, GIORA YARON AND YAIR SHAMIR |
| 6 | | |
| 7 | DATED: February 1, 2007 | GIBSON, DUNN & CRUTCHER LLP |

By /s/ Scott Fink_____
Scott Fink
Attorneys for Defendant
PRICEWATERHOUSECOOPERS, LLP

### ATTESTATION OF E-FILED SIGNATURE

I, Sara B. Brody, attest that signatories have read and approved this Stipulation and [Proposed] Order and consent to its filing in this action.

          /s/ Sara B. Brody_____
               SARA B. BRODY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/2/07                       *Patricia V. Trumbull*
                                    HONORABLE PATRICIA V. TRUMBULL

SF 1345072 v1

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 6, 2007 HEARING
5:05-CV-3395-JF (PVT)