**E-Filed 2/16/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION. | Case Number C 05-3395 JF (PVT)<br><br>ORDER RE INDIVIDUAL DEFENDANTS' EMERGENCY MOTION FOR STAY OF STATE COURT'S UNSEALING ORDER<br><br>[re: doc. no. 240] |

On February 13, 2007, the Individual Defendants filed an emergency motion to stay the order of the Santa Clara Superior Court dated January 24, 2007, unsealing the complaint in the factually-related state court derivative action. On February 14, 2007, several non-party media entities filed a request for leave to intervene in the action and filed a substantive opposition to the emergency motion for stay. The media entities' motion for leave to intervene for the limited purpose of opposing the stay motion is GRANTED. On February 15, 2007, Lead Plaintiff filed opposition to the stay motion. Also on February 15, 2007, the Sixth Appellate District granted a temporary stay of the Superior Court's unsealing order.

Because the issues raised by the Individual Defendants' motion are significant, and because it is not clear how long the stay imposed by the state appellate court will remain in

1  effect, this Court hereby sets a hearing on the Individual Defendants' motion for March 2, 2007
2  at 9:00 a.m.  In the event that the appellate court's stay is lifted prior to that hearing, this Court
3  hereby stays the unsealing order until March 2, 2007 at 5:00 p.m.
4       IT IS SO ORDERED.

7  DATED:  2/16/07

                        JEREMY FOGEL
                        United States District Judge

1 | Copies of Order served on:

3 | Joel H. Bernstein     jbernstein@labaton.com

4 | Asim M. Bhansali      amb@kvn.com, efiling@kvn.com; gap@kvn.com; pwm@kvn.com

5 | Peter Arthur Binkow    info@glancylaw.com, pbinkow@glancylaw.com

6 | Sara B. Brody    sara.brody@hellerehrman.com, terri.newman@hellerehrman.com; Cecilia.Chan@hellerehrman.com; Gary.Padilla@hellerehrman.com; Sebastian.Jerez@hellerehrman.com

8 | Lucy Edmond Buford    lbuford@orrick.com, jknight@orrick.com; sknaster@orrick.com; vadelman@orrick.com

10 | Howard S. Caro    hcaro@hewm.com, gary.padilla@hellerehrman.com; benjamin.diggs@hellerehrman.com; SFDocCal@hewm.com

11 | Michael Cecchini    mcecchini@gibsondunn.com, jhess@gibsondunn.com

12 | Cecilia Y. Chan    cecilia.chan@hellerehrman.com

13 | John D. Cline    jcline@jonesday.com, tmdanowski@jonesday.com; cyip@jonesday.com

14 | Erica L. Craven    elc@lrolaw.com, amw@lrolaw.com

15 | Aaron H. Darsky    adarsky@schubert-reed.com,

16 | Kirk Andrew Dublin    kdublin@jonesday.com, aius@jonesday.com; adlangenbach@jonesday.com; tmdanowski@jonesday.com

18 | Alan I. Ellman    aellman@labaton.com, cchan@labaton.com

19 | Jeffrey S. Facter    jfacter@shearman.com, cflood@shearman.com; rcheatham@shearman.com; jae.ko@shearman.com

20 | Scott A. Fink    sfink@gibsondunn.com, bhonniball@gibsondunn.com

21 | Michael M. Goldberg    info@glancylaw.com

22 | Louis J Gottlieb    lgottlieb@glrslaw.com,

23 | Azadeh Gowharrizi    azadeh.gowharrizi@shearman.com

24 | Alicia G. Huffman    alicia.huffman@shearman.com, ron.cheatham@shearman.com; rcheatham@shearman.com

26 | Benedict Y Hur    bhur@kvn.com, efiling@kvn.com; gpeterson@kvn.com

27 | Willem F. Jonckheer    wjonckheer@schubert-reed.com

28 | Nicole Acton Jones    nicole.jones@hellerehrman.com, harriette.louie@hellerehrman.com

3

Case No. C 05-3395 JF (PVT)
ORDER RE INDIVIDUAL DEFENDANTS' EMERGENCY MOTION FOR STAY
(JFLC2)

1  Christopher J. Keller     ckeller@labaton.com, cchan@labaton.com

2  Jan Nielsen Little     jnl@kvn.com, efiling@kvn.com; srg@kvn.com

3  E. Powell Miller     epm@millerlawpc.com, asl@millerlawpc.com

4  Elise Natalie Milstein     emilstein@jonesday.com, mcassidy@jonesday.com

5  Patrick David Robbins     probbins@shearman.com

6  Adam Richard Sand , Esq     arsand@JonesDay.com, mlandsborough@jonesday.com

7  Michael Adam Schwartz , Esq     mschwartz@wolfpopper.com

8  David R. Scott     drscott@scott-scott.com

9  Michael Todd Scott     tscott@orrick.com, adevlin@orrick.com

10  Arthur L. Shingler , III     ashingler@scott-scott.com, ssawyer@scott-scott.com

11  C. Brandon Wisoff     bwisoff@fbm.com, mzappas@fbm.com; calendar@fbm.com

12  Conor R. Crowley
    Donald Delaney
13  Goodkind Labaton Rudoff & Sucharow LLP
    100 Park Avenue
14  New York, NY 10017

15  Andrew T. Solomon
    Franklin B. Velie
16  Sullivan & Worcester, LLP
    1290 Avenue of the Americas
17  New York, NY 10104

18  Robin Wechkin
    Heller Ehrman LLP
19  701 Fifth Avenue
    Suite 6100
20  Seattle, WA 98104

21

22

23

24

25

26

27

28

4

Case No. C 05-3395 JF (PVT)
ORDER RE INDIVIDUAL DEFENDANTS' EMERGENCY MOTION FOR STAY
(JFLC2)