**E-Filed 2/16/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION. | Case Number C 05-3395 JF (PVT)<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING ON OBJECTIONS TO MAGISTRATE JUDGE'S RULING<br><br>[re:  doc. nos. 182, 185 and 190] |

In light of the dismissal of the factually-related derivative action in the Santa Clara Superior Court, it appears to this Court that the primary basis for Magistrate Judge Trumbull's order of December 11, 2006, lifting in part the discovery stay in this action, no longer exists.  The parties shall file letter briefs, not to exceed five pages, on or before February 23, 2007 addressing the impact of the dismissal of the state court action on Judge Trumbull's order and the objections thereto.

IT IS SO ORDERED.

DATED:  2/16/07

_____
JEREMY FOGEL
United States District Judge

1    Copies of Order served on:

2

3    Joel H. Bernstein    jbernstein@labaton.com

4    Asim M. Bhansali     amb@kvn.com, efiling@kvn.com; gap@kvn.com; pwm@kvn.com

5    Peter Arthur Binkow    info@glancylaw.com, pbinkow@glancylaw.com

6    Sara B. Brody     sara.brody@hellerehrman.com, terri.newman@hellerehrman.com;
     Cecilia.Chan@hellerehrman.com; Gary.Padilla@hellerehrman.com;
7    Sebastian.Jerez@hellerehrman.com

8    Lucy Edmond Buford     lbuford@orrick.com, jknight@orrick.com; sknaster@orrick.com;
     vadelman@orrick.com
9
     Howard S. Caro     hcaro@hewm.com, gary.padilla@hellerehrman.com;
10   benjamin.diggs@hellerehrman.com; SFDocCal@hewm.com

11   Michael Cecchini     mcecchini@gibsondunn.com, jhess@gibsondunn.com

12   Cecilia Y. Chan     cecilia.chan@hellerehrman.com

13   John D. Cline     jcline@jonesday.com, tmdanowski@jonesday.com; cyip@jonesday.com

14   Erica L. Craven     elc@lrolaw.com, amw@lrolaw.com

15   Aaron H. Darsky     adarsky@schubert-reed.com,

16   Kirk Andrew Dublin     kdublin@jonesday.com, aius@jonesday.com;
     adlangenbach@jonesday.com; tmdanowski@jonesday.com
17
     Alan I. Ellman     aellman@labaton.com, cchan@labaton.com
18
     Jeffrey S. Facter     jfacter@shearman.com, cflood@shearman.com; rcheatham@shearman.com;
19   jae.ko@shearman.com

20   Scott A. Fink     sfink@gibsondunn.com, bhonniball@gibsondunn.com

21   Michael M. Goldberg     info@glancylaw.com

22   Louis J Gottlieb     lgottlieb@glrslaw.com,

23   Azadeh Gowharrizi     azadeh.gowharrizi@shearman.com

24   Alicia G. Huffman     alicia.huffman@shearman.com, ron.cheatham@shearman.com;
     rcheatham@shearman.com
25
     Benedict Y Hur     bhur@kvn.com, efiling@kvn.com; gpeterson@kvn.com
26
     Willem F. Jonckheer     wjonckheer@schubert-reed.com
27
     Nicole Acton Jones     nicole.jones@hellerehrman.com, harriette.louie@hellerehrman.com
28

2

1   Christopher J. Keller    ckeller@labaton.com, cchan@labaton.com

2   Jan Nielsen Little    jnl@kvn.com, efiling@kvn.com; srg@kvn.com

3   E. Powell Miller    epm@millerlawpc.com, asl@millerlawpc.com

4   Elise Natalie Milstein    emilstein@jonesday.com, mcassidy@jonesday.com

5   Patrick David Robbins    probbins@shearman.com

6   Adam Richard Sand , Esq    arsand@JonesDay.com, mlandsborough@jonesday.com

7   Michael Adam Schwartz , Esq    mschwartz@wolfpopper.com

8   David R. Scott    drscott@scott-scott.com

9   Michael Todd Scott    tscott@orrick.com, adevlin@orrick.com

10   Arthur L. Shingler , III    ashingler@scott-scott.com, ssawyer@scott-scott.com

11   C. Brandon Wisoff    bwisoff@fbm.com, mzappas@fbm.com; calendar@fbm.com

12   Conor R. Crowley
     Donald Delaney
13   Goodkind Labaton Rudoff & Sucharow LLP
     100 Park Avenue
14   New York, NY 10017

15   Andrew T. Solomon
     Franklin B. Velie
16   Sullivan & Worcester, LLP
     1290 Avenue of the Americas
17   New York, NY 10104

18   Robin Wechkin
     Heller Ehrman LLP
19   701 Fifth Avenue
     Suite 6100
20   Seattle, WA 98104

21

22

23

24

25

26

27

28

3