1

2                                                    **E-Filed 2/23/07**

3

4

5

6

7                                   NOT FOR CITATION

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                                **SAN JOSE DIVISION**

11

12    IN RE MERCURY INTERACTIVE CORP.          Case Number C 05-3395 JF (PVT)
      SECURITIES LITIGATION.
13                                             ORDER RE INDIVIDUAL
                                               DEFENDANTS' EMERGENCY
14                                             MOTION FOR STAY OF STATE
                                               COURT'S SECOND UNSEALING
15                                             ORDER

16                                             [re:  doc. no. 255]

17

18

19            On February 13, 2007, the Individual Defendants filed an emergency motion to stay the

20    order of the Santa Clara Superior Court dated January 24, 2007, unsealing the complaint in the

21    factually-related state court derivative action.  On February 15, 2007, the California Court of

22    Appeal for the Sixth Appellate District granted a temporary stay of the Superior Court's January

23    24 unsealing order.  On February 16, 2007, this Court set a hearing on the Individual Defendants'

24    motion for March 2, 2007 at 9:00 a.m. and ordered that, in the event that the state appellate

25    court's stay is lifted prior to that hearing, the Superior Court's January 24 unsealing order be

26    further stayed until March 2, 2007 at 5:00 p.m.

27            Subsequently, the Wall Street Journal obtained a copy of the complaint in the state court

28

1   derivative action and published the complaint on the Internet.  On February 20, 2007, the

2   Superior Court conducted a hearing regarding the effect of the Wall Street Journal's publication

3   of the state court complaint, and issued an order sealing all copies of the state court complaint

4   until February 26, 2007 at noon, at which time it appears that the state court complaint will be

5   unsealed.

6           On February 22, 2007, the Individual Defendants filed an emergency motion in this Court

7   to stay this second unsealing order of the Superior Court.  The Individual Defendants take the

8   position that, although the state court complaint itself was published, the exhibits thereto were

9   not published and thus there are materials attached to the state court complaint that still are

10  entitled to protection pending resolution of the Individual Defendants' motion in this Court.  On

11  February 23, 2007, Lead Plaintiff filed opposition to the Individual Defendants' motion.  The

12  parties' briefs are unclear as to the status of the state appellate court's stay; however, this Court

13  has determined through direct inquiry that the state appellate court's stay has not been lifted

14  notwithstanding the change in circumstances resulting from the publication of the complaint.

15          In order to permit orderly consideration of this matter, this Court hereby reaffirms its

16  temporary stay of the unsealing of the complaint and exhibits in the state court action until March

17  2, 2007 at 5:00 p.m., to the extent that the stay issued by the state appellate court is not already in

18  effect.  Discussion or dissemination of materials already made public by the Wall Street Journal

19  shall not constitute a violation of this order.

20          IT IS SO ORDERED.

21

22

23  DATED:  2/23/07

24                                                          _____
                                                            JEREMY FOGEL
25                                                          United States District Judge

26

27

28

1    Copies of Order served on:

2

3    Joel H. Bernstein     jbernstein@labaton.com

4    Asim M. Bhansali      amb@kvn.com, efiling@kvn.com; gap@kvn.com; pwm@kvn.com

5    Peter Arthur Binkow     info@glancylaw.com, pbinkow@glancylaw.com

6    Sara B. Brody     sara.brody@hellerehrman.com, terri.newman@hellerehrman.com;
     Cecilia.Chan@hellerehrman.com; Gary.Padilla@hellerehrman.com;
7    Sebastian.Jerez@hellerehrman.com

8    Lucy Edmond Buford     lbuford@orrick.com, jknight@orrick.com; sknaster@orrick.com;
     vadelman@orrick.com
9
     Howard S. Caro     hcaro@hewm.com, gary.padilla@hellerehrman.com;
10   benjamin.diggs@hellerehrman.com; SFDocCal@hewm.com

11   Michael Cecchini     mcecchini@gibsondunn.com, jhess@gibsondunn.com

12   Cecilia Y. Chan     cecilia.chan@hellerehrman.com

13   John D. Cline     jcline@jonesday.com, tmdanowski@jonesday.com; cyip@jonesday.com

14   Erica L. Craven     elc@lrolaw.com, amw@lrolaw.com

15   Aaron H. Darsky     adarsky@schubert-reed.com,

16   Kirk Andrew Dublin     kdublin@jonesday.com, aius@jonesday.com;
     adlangenbach@jonesday.com; tmdanowski@jonesday.com
17
     Alan I. Ellman     aellman@labaton.com, cchan@labaton.com
18
     Jeffrey S. Facter     jfacter@shearman.com, cflood@shearman.com; rcheatham@shearman.com;
19   jae.ko@shearman.com

20   Scott A. Fink     sfink@gibsondunn.com, bhonniball@gibsondunn.com

21   Michael M. Goldberg     info@glancylaw.com

22   Louis J Gottlieb     lgottlieb@glrslaw.com,

23   Azadeh Gowharrizi     azadeh.gowharrizi@shearman.com

24   Alicia G. Huffman     alicia.huffman@shearman.com, ron.cheatham@shearman.com;
     rcheatham@shearman.com
25
     Benedict Y Hur     bhur@kvn.com, efiling@kvn.com; gpeterson@kvn.com
26
     Willem F. Jonckheer     wjonckheer@schubert-reed.com
27
     Nicole Acton Jones     nicole.jones@hellerehrman.com, harriette.louie@hellerehrman.com
28

3

1   Christopher J. Keller      ckeller@labaton.com, cchan@labaton.com

2   Jan Nielsen Little     jnl@kvn.com, efiling@kvn.com; srg@kvn.com

3   E. Powell Miller     epm@millerlawpc.com, asl@millerlawpc.com

4   Elise Natalie Milstein      emilstein@jonesday.com, mcassidy@jonesday.com

5   Patrick David Robbins      probbins@shearman.com

6   Adam Richard Sand , Esq      arsand@JonesDay.com, mlandsborough@jonesday.com

7   Michael Adam Schwartz , Esq     mschwartz@wolfpopper.com

8   David R. Scott     drscott@scott-scott.com

9   Michael Todd Scott     tscott@orrick.com, adevlin@orrick.com

10   Arthur L. Shingler , III     ashingler@scott-scott.com, ssawyer@scott-scott.com

11   C. Brandon Wisoff     bwisoff@fbm.com, mzappas@fbm.com; calendar@fbm.com

12   Conor R. Crowley
     Donald Delaney
13   Goodkind Labaton Rudoff & Sucharow LLP
     100 Park Avenue
14   New York, NY 10017

15   Andrew T. Solomon
     Franklin B. Velie
16   Sullivan & Worcester, LLP
     1290 Avenue of the Americas
17   New York, NY 10104

18   Robin Wechkin
     Heller Ehrman LLP
19   701 Fifth Avenue
     Suite 6100
20   Seattle, WA 98104

21

22

23

24

25

26

27

28

Case No. C 05-3395 JF (PVT)
ORDER RE INDIVIDUAL DEFENDANTS' EMERGENCY MOTION FOR STAY OF STATE COURT'S SECOND
UNSEALING ORDER