UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MERCURY INTERACTIVE CORP. SECURITIES LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS | Case No.: C 05-3395 JF (PVT) <br><br> **ORDER SETTING BRIEFING FOR RECONSIDERATION OF LEAD PLAINTIFF'S MOTION TO LIFT PSLRA STAY ON DISCOVERY** |

On February 27, 2007, District Judge Jeremy Fogel issued an order remanding Lead Plaintiff's Motion to Lift PSLRA Stay on Discovery for reconsideration in light of changed circumstances.[1]  Based on said order,

IT IS HEREBY ORDERED that no later than March 7, 2007, the parties shall file simultaneous supplemental briefs addressing the changed circumstances and the following issues:

1)   Whether any claims have been made against any individual Defendant's insurance policy related to any of the acts alleged in Lead Plaintiff's pending complaint; and

2)   Whether any individual Defendant has engaged in, or been asked to engage in, any settlement discussions related to any of the acts alleged in Lead Plaintiff's pending complaint, and if so the identity of any and all persons or entities involved.

Dated: *02/28/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]   The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*