1  JOEL H. BERNSTEIN (admitted *pro hac vice*)
   CHRISTOPHER J. KELLER (admitted *pro hac vice*)
2  LOUIS GOTTLIEB (admitted *pro hac vice*)
   ALAN I. ELLMAN (admitted *pro hac vice*)
3  LABATON SUCHAROW & RUDOFF LLP
   100 Park Avenue
4  New York, New York  10017
   Telephone:  (212) 907-0700
5  Facsimile:  (212) 818-0477                    *efiled 3/28/07
   Email: info@labaton.com
6
   PETER A. BINKOW #173848
7  ROBERT ZABB #114405
   MARC L. GODINO #182689
8  ANDY SOHRN #241388
   GLANCY BINKOW & GOLDBERG LLP
9  1801 Avenue of the Stars, Suite 311
   Los Angeles, California  90067
10 Telephone:  (310) 201-9150
   Facsimile:  (310) 201-9160
11 Email: info@glancylaw.com

12 Co-Lead Counsel for the Mercury Pension Fund
   Group and the Class
13

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION; | Master File No. 5:05-CV-3395-JF (PVT) |
| | **CLASS ACTION** |
| This Document Relates To: | Hearing |
| ALL ACTIONS | Date:  March 30, 2007<br>Time:  9:00 a.m.<br>Dept:  Courtroom 3, 5th Floor<br>Judge:  Honorable Jeremy Fogel |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S REQUEST FOR LEAVE TO MAKE VISUAL PRESENTATION IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

1       The Court, having duly considered Lead Plaintiff's request, NOW, THEREFORE, it is hereby ordered that Lead Plaintiff's Request For Leave to Make a Visual Presentation in Opposition to Defendants' Motions to Dismiss at Oral Argument is GRANTED.

      IT IS SO ORDERED.

Dated: __3/28/07_____

_____
HON. JEREMY FOGEL
United States District Judge