Pursuant to Civil L.R. 3-4(a)(1), please refer to the signature page for the complete list of parties represented.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION | ) MASTER FILE NO. 5:05-CV-3395-JF (PVT) ) ) ) |
| This Document Relates to: All Actions | ) STIPULATION AND ORDER ) ) ) ) |

WHEREAS, in its Order Granting Motions To Dismiss With Leave To Amend in the above action, which was dated and filed July 30, 2007, the Court ordered that any amended complaint shall be filed within thirty days of the issuance of said Order; and

WHEREAS, thirty days after the issuance of said Order is August 29, 2007; and

WHEREAS, Lead Plaintiff Mercury Pension Fund Group ("Lead Plaintiff") and defendant Mercury Interactive Corporation plan shortly to commence mediation with a view towards the possible global settlement of this litigation; and

WHEREAS, Lead Plaintiff and all defendants agree that maintaining the status quo in the litigation would be most conducive to encouraging the negotiated resolution of the litigation; and

WHEREAS, all parties agree that, in view of the scope and nature of this case, the process of mediating the case, and of finalizing the terms and conditions of any possible settlement agreement, is likely to be complex and time consuming, and is expected to require at least approximately four weeks beyond August 29, and possibly a longer time period; and

WHEREAS, all parties agree that, in light of the complexity of this case, the defendants should be afforded 30 days to prepare and file their responses to a further Amended Complaint;

1  IT IS HEREBY STIPULATED AND AGREED, by and between all parties, through their
2  respective undersigned attorneys, that the date by which Lead Plaintiff shall file and serve an
3  Amended Complaint should be extended, that Lead Plaintiff should file and serve its Amended
4  Complaint not later than September 26, 2007, and that all defendants shall file and serve their
5  responses to the Amended Complaint not later than October 29, 2007.

6

7  _____ w/ permission BTD
Joel H. Bernstein (admitted *pro hac vice*)
8  Louis Gottlieb (admitted *pro hac vice*)
Christopher J. Keller (admitted *pro hac vice*)
9  Russel N. Jacobson (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
10 Alan I. Ellman (admitted *pro hac vice*)
11 LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
12 New York, New York 10017
Telephone: (212) 907-0856
13 Facsimile: (212) 883-7056
14 Email: rjacobson@labaton.com

15 Peter A. Binkow #173848
Robert Zabb #114405
16 Marc L. Godino #182689
Andy Sohrn #241388
17 GLANCY BINKOW & GOLDBERG LLP
18 1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
19 Telephone: (310) 201-9150
Facsimile: (310) 201-9160
20 Email: info@glancylaw.com
21 *Co-Lead Counsel for the Mercury Pension Fund Group and the Class*
22 DATED: August 23, 2007

23 H. Russell Smouse
Glenn E. Mintzer
24 LAW OFFICES OF PETER G. ANGELOS, PC
25 One Charles Center
26 100 N. Charles Street
Baltimore, Maryland 21201-3804
27 Telephone: (800) 556-5522
28 Facsimile: (410) 649-2110

Respectfully submitted,

_____ w/ permission BTD
Sara A. Brody #130222
Howard S. Caro #202082
Cecilia Y. Chan #240971
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6468

Norman J. Blears #95600
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
*Attorneys for Mercury Interactive Corporation*
DATED: August 23, 2007

_____ w/ permission BTD
Kirk A. Dublin #200676
John D. Cline #237759
Adam R. Sand #217712
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Andrew T. Solomon (Admitted *Pro Hac Vice*)
Franklin B. Velie (Admitted *Pro Hac Vice*)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
*Attorneys for Defendant Amnon Landan*
DATED: August 23, 2007

| | |
|---|---|
| 1 | |
| 2 | E. Powell Miller |
|   | THE MILLER LAW FIRM, P.C. |
| 3 | 950 West University Drive, Suite 300 |
|   | Rochester, MI 48307 |
| 4 | Telephone: (248) 841-2200 |
|   | Facsimile: (248) 652-2852 |
| 5 | *Co-Counsel for the Mercury Pension Fund Group* |

*signature: C. Brandon Wisoff / w/ permission BTD*
Douglas R. Young #073248
C. Brandon Wisoff #121930
James C. Mann #221603
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
*Attorneys for Defendant Sharlene Abrams*
DATED: August 20, 2007

*signature: James N. Kramer / w/ permission BTD*
James N. Kramer #154709
Stephen M. Knaster #146236
M. Todd Scott #226885
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
*Attorneys for Defendant Susan Skaer*
DATED: August 20, 2007

*signature: Jan Nielsen Little / w/ permission BTD*
Jan Nielsen Little #100029
Asim M. Bhansali #194925
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Mark F. Pomerantz (admitted *Pro Hac Vice*)
Eric S. Goldstein (admitted *Pro Hac Vice*)
Roberto Finzi (admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
*Attorneys for Defendants Igal Kohavi, Yair Shamir and Giora Yaron*
DATED: August 26, 2007

1  _/s/ Jeffrey S. Facter_ w/ permission BTD
   Jeffrey S. Facter #123817
2  Patrick D. Robbins #152288
   Alicia G. Huffman #224391
3  Azadeh Gowharrizi #239938
   SHEARMAN & STERLING LLP
4  525 Market Street, Suite 1500
   San Francisco, California 94105
5  Telephone: (415) 616-1100
   Facsimile: (415) 616-1199
6  *Attorneys for Defendant Douglas P. Smith*
7  DATED: August 23, 2007

8

9  _/s/ Scott A. Fink_
   Scott A. Fink #083408
10 Joshua D. Hess #244115
   Michael Cecchini #237508
11 GIBSON, DUNN & CRUTCHER LLP
   One Montgomery Street, Suite 3100
12 San Francisco, California 94104
   Telephone: (415) 393-8200
13 Facsimile: (415) 986-5309
   *Attorneys for Defendant*
14 *PricewaterhouseCoopers LLP*
15 DATED: August 20, 2007

16

17 PURSUANT TO STIPULATION, IT IS SO ORDERED

18
   _/s/ Jeremy Fogel_
19 ─────────────────────────
   HONORABLE JEREMY FOGEL
20 United States District Judge

21 DATED: August 27, 2007

22
23
24
25
26
27
28