**e-filed 10/1/07

Pursuant to Civil L.R. 3-4(a)(1), please refer to the signature page for the complete list of parties represented.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION | MASTER FILE NO. 5:05-CV-3395-JF (PVT) |
| This Document Relates to: All Actions | STIPULATION AND ORDER |

WHEREAS, on August 27, 2007, pursuant to a Stipulation signed by all parties, the Court entered an Order that extended by four weeks from August 29, 2007 to September 26, 2007 the date by which Lead Plaintiff Mercury Pension Fund Group ("Lead Plaintiff") was required to file an Amended Complaint in this matter, and that similarly extended the date by which all Defendants were required to file their responses to any such Amended Complaint; and

WHEREAS, all parties executed the foregoing Stipulation because Lead Plaintiff and defendant Mercury Interactive Corporation ("Mercury") planned shortly to commence mediation with a view towards the possible global settlement of this litigation, and it was the shared view of all parties that maintaining the status quo in the litigation would be most conducive to achieving a negotiated resolution; and

WHEREAS, subsequent to the entry of the Court's above-referenced August 27, 2007 Order, Lead Plaintiff and Mercury have engaged in an extended process of mediation under the auspices of retired United States District Judge Nicholas H. Politan; and

WHEREAS, that mediation has led to an agreement in principle that will result in the global settlement of this litigation; and

1  WHEREAS, Lead Plaintiff and all Defendants continue to be of the view that
2  maintaining the status quo in the litigation would be most conducive to its settlement;
3  IT IS HEREBY STIPULATED AND AGREED, by and between all parties, through their
4  respective undersigned attorneys, that the date by which Lead Plaintiff shall file and serve an
5  Amended Complaint shall be adjourned without date. In the event that the settlement is not
6  approved by the Court, does not survive appeal, or is otherwise lawfully terminated, Lead
7  Plaintiff shall then have thirty (30) days to file an Amended Complaint, and all Defendants shall
8  have thirty (30) days from the date on which the Amended Complaint is filed to file and to serve
9  their responses to such Amended Complaint.

Respectfully submitted,

_____  _____
Joel H. Bernstein (admitted *pro hac vice*)   Sara B. Brody #130222
Louis Gottlieb (admitted *pro hac vice*)      Howard S. Caro #202082
Christopher J. Keller (admitted *pro hac vice*)  Cecilia Y. Chan #240971
Russel N. Jacobson (admitted *pro hac vice*)   HELLER EHRMAN LLP
Michael H. Rogers (admitted *pro hac vice*)    333 Bush Street
Alan I. Ellman (admitted *pro hac vice*)      San Francisco, California 94104
LABATON SUCHAROW LLP                           Telephone: (415) 772-6000
140 Broadway                                    Facsimile: (415) 772-6468
New York, New York 10005
Telephone: (212) 907-0856                      Norman J. Blears #95600
Facsimile: (212) 883-7056                      HELLER EHRMAN LLP
Email: rjacobson@labaton.com                   275 Middlefield Road
                                                Menlo Park, California 94025-3506
Peter A. Binkow #173848                        Telephone: (650) 324-7000
Robert Zabb #114405                            Facsimile: (650) 324-0638
Marc L. Godino #182689                         *Attorneys for Mercury Interactive Corporation*
Andy Sohrn #241388                             DATED: September 25, 2007
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com
*Co-Lead Counsel for the Mercury Pension*
*Fund Group and the Class*
DATED: September 24, 2007

| | | |
|---|---|---|
| 1 | H. Russell Smouse | *[signature]* |
| 2 | Glenn E. Mintzer | Kirk A. Dublin #200676 |
| | LAW OFFICES OF PETER G. ANGELOS, | John D. Cline #237759 |
| 3 | PC | Adam R. Sand #217712 |
| | One Charles Center | JONES DAY |
| 4 | 100 N. Charles Street | 555 California Street, 26th Floor |
| | Baltimore, Maryland  21201-3804 | San Francisco, California  94104-1500 |
| 5 | Telephone:  (800) 556-5522 | Telephone:  (415) 626-3939 |
| 6 | Facsimile:  (410) 649-2110 | Facsimile:  (415) 875-5700 |

Andrew T. Solomon (Admitted *Pro Hac Vice*)
Franklin B. Velie (Admitted *Pro Hac Vice*)
E. Powell Miller
SULLIVAN & WORCESTER LLP
THE MILLER LAW FIRM, P.C.
1290 Avenue of the Americas
950 West University Drive, Suite 300
New York, New York  10104
Rochester, MI 48307
Telephone: (212) 660-3000
Telephone: (248) 841-2200
Facsimile: (212) 660-3001
Facsimile: (248) 652-2852
*Attorneys for Defendant Amnon Landan*
*Co-Counsel for the Mercury Pension Fund*
DATED: September __, 2007
*Group*

---

Douglas R. Young #073248
C. Brandon Wisoff #121930
James C. Mann #221603
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
*Attorneys for Defendant Sharlene Abrams*
DATED:  September ___, 2007

---

James N. Kramer #154709
Stephen M. Knaster #146236
M. Todd Scott #226885
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759
*Attorneys for Defendant Susan Skaer*
DATED:  September ___, 2007

| | | |
|---|---|---|
| 1 | H. Russell Smouse | Kirk A. Dublin #200676 |
| 2 | Glenn E. Mintzer | John D. Cline #237759 |
| 3 | LAW OFFICES OF PETER G. ANGELOS, PC | Adam R. Sand #217712<br>JONES DAY |
| 4 | One Charles Center | 555 California Street, 26th Floor |
| | 100 N. Charles Street | San Francisco, California 94104-1500 |
| 5 | Baltimore, Maryland 21201-3804 | Telephone: (415) 626-3939 |
| 6 | Telephone: (800) 556-5522<br>Facsimile: (410) 649-2110 | Facsimile: (415) 875-5700 |
| 7 | | Andrew T. Solomon (Admitted *Pro Hac Vice*)<br>Franklin B. Velie (Admitted *Pro Hac Vice*) |
| 8 | E. Powell Miller | SULLIVAN & WORCESTER LLP |
| 9 | THE MILLER LAW FIRM, P.C.<br>950 West University Drive, Suite 300 | 1290 Avenue of the Americas<br>New York, New York 10104 |
| 10 | Rochester, MI 48307<br>Telephone: (248) 841-2200 | Telephone: (212) 660-3000<br>Facsimile: (212) 660-3001 |
| 11 | Facsimile: (248) 652-2852 | *Attorneys for Defendant Amnon Landan* |
| 12 | *Co-Counsel for the Mercury Pension Fund Group* | DATED: September ___, 2007 |

13
    _Brandon Wisoff /s/_
14  Douglas R. Young #073248
    C. Brandon Wisoff #121930
15  ~~James C. Mann #221603~~
    FARELLA BRAUN + MARTEL LLP
16  235 Montgomery Street, 17th Floor
    San Francisco, California 94104
17  Telephone: (415) 954-4400
    Facsimile: (415) 954-4480
18  *Attorneys for Defendant Sharlene Abrams*
    DATED: September 24, 2007
19

20

21  James N. Kramer #154709
    Stephen M. Knaster #146236
22  M. Todd Scott #226885
    ORRICK, HERRINGTON & SUTCLIFFE
23  LLP
    The Orrick Building
24  405 Howard Street
25  San Francisco, California 94105-2669
    Telephone: (415) 773-5700
26  Facsimile: (415) 773-5759
    *Attorneys for Defendant Susan Skaer*
27  DATED: September ___, 2007
28

| | |
|---|---|
| H. Russell Smouse<br>Glenn E. Mintzer<br>LAW OFFICES OF PETER G. ANGELOS, PC<br>One Charles Center<br>100 N. Charles Street<br>Baltimore, Maryland 21201-3804<br>Telephone: (800) 556-5522<br>Facsimile: (410) 649-2110<br><br>E. Powell Miller<br>THE MILLER LAW FIRM, P.C.<br>950 West University Drive, Suite 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>Facsimile: (248) 652-2852<br>*Co-Counsel for the Mercury Pension Fund Group* | Kirk A. Dublin #200676<br>John D. Cline #237759<br>Adam R. Sand #217712<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, California 94104-1500<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br><br>Andrew T. Solomon (Admitted *Pro Hac Vice*)<br>Franklin B. Velie (Admitted *Pro Hac Vice*)<br>SULLIVAN & WORCESTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 660-3000<br>Facsimile: (212) 660-3001<br>*Attorneys for Defendant Amnon Landan*<br>DATED: September ___, 2007 |

Douglas R. Young #073248
C. Brandon Wisoff #121930
James C. Mann #221603
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
*Attorneys for Defendant Sharlene Abrams*
DATED: September ___, 2007

*/s/ M. Todd Scott / BTD*
James N. Kramer #154709
Stephen M. Knaster #146236
M. Todd Scott #226885
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
*Attorneys for Defendant Susan Skaer*
DATED: September 24, 2007

| | |
|---|---|
| 1 | |
| 2 | Jan Nielsen Little #100029 |
| | Asim M. Bhansali #194925 |
| 3 | KEKER & VAN NEST, LLP |
| | 710 Sansome Street |
| 4 | San Francisco, California 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | |
| | Mark F. Pomerantz (admitted *Pro Hac Vice*) |
| 7 | Eric S. Goldstein (admitted *Pro Hac Vice*) |
| | Roberto Finzi (admitted *Pro Hac Vice*) |
| 8 | PAUL, WEISS, RIFKIND, WHARTON & |
| | GARRISON LLP |
| 9 | 1285 Avenue of the Americas |
| | New York, New York 10019 |
| 10 | Telephone: (212) 373-3000 |
| 11 | Facsimile: (212) 757-3990 |
| | *Attorneys for Defendants Igal Kohavi, Yair* |
| 12 | *Shamir and Giora Yaron* |
| | DATED: September 24, 2007 |
| 13 | |

Jeffrey S. Facter #123817
Patrick D. Robbins #152288
Alicia G. Huffman #224391
Azadeh Gowharrizi #239938
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
*Attorneys for Defendant Douglas P. Smith*
DATED: September ___, 2007

STIPULATION AND ORDER
MASTER FILE NO. 5:05-CV-3395-JF (PVT)

4

Jan Nielsen Little #100029
Asim M. Bhansali #194925
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Mark F. Pomerantz (admitted *Pro Hac Vice*)
Eric S. Goldstein (admitted *Pro Hac Vice*)
Roberto Finzi (admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
*Attorneys for Defendants Igal Kohavi, Yair Shamir and Giora Yaron*
DATED: September __, 2007

_____
Jeffrey S. Facter #123817
Patrick D. Robbins #152288
Alicia G. Huffman #224391
Azadeh Gowharrizi #239938
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
*Attorneys for Defendant Douglas P. Smith*
DATED: September 24, 2007

1  Scott A. Fink /BTD
Scott A. Fink #083408
2  Joshua D. Hess #244115
Michael Cecchini #237508
3  GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
4  San Francisco, California 94104
Telephone: (415) 393-8200
5  Facsimile: (415) 986-5309
*Attorneys for Defendant*
6  *PricewaterhouseCoopers LLP*
DATED: September 24, 2007
7

8

9  PURSUANT TO STIPULATION, IT IS SO ORDERED

10

11

12  HONORABLE JEREMY FOGEL
United States District Judge

13  DATED: September 27, 2007

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28