SARA B. BRODY (Bar No. 130222)
HOWARD S. CARO (Bar No. 202082)
CECILIA Y. CHAN (Bar No. 240971)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone:  415.772.6000
Facsimile:  415.772.6468
Email:         Sara.Brody@hellerehrman.com

NORMAN J. BLEARS (Bar No. 95600)
ROBIN E. WECHKIN (admitted *pro hac vice*)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone:  650.324.7000
Facsimile:  650.324.0638
Email:         Norman.Blears@hellerehrman.com

Attorneys for MERCURY INTERACTIVE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MERCURY INTERACTIVE CORP. SECURITIES LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS | Master File No.:  5:05-CV-3395-JF (PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER VACATING THE APRIL 25, 2008 CASE MANAGEMENT CONFERENCE** <br><br> The Honorable Jeremy Fogel |

WHEREAS, the above-captioned action has been resolved pursuant to a Memorandum of Understanding (the "MOU") and a Stipulation of Settlement signed by the parties;

WHEREAS, pursuant to the MOU and the Stipulation of Settlement, the Lead Plaintiff is in the process of conducting confirmatory discovery;

WHEREAS, the proposed settlement is subject to Court approval; and

WHEREAS, the parties agree that, in light of the pending settlement, it is in the best interest of judicial economy and the resources of the parties that the currently scheduled April 25, 2008 Case Management Conference before this Court be vacated.

IT IS HEREBY STIPULATED AND AGREED, by and between all parties, through their respective undersigned attorneys, that the April 25, 2008 Case Management Conference be vacated.

DATED: April 14, 2008         Respectfully submitted,

                              HELLER EHRMAN LLP


                              By /s/  Cecilia Y. Chan_____
                                 Cecilia Y. Chan
                                 Attorneys for Defendant
                                 MERCURY INTERACTIVE CORPORATION

DATED: April ____, 2008       LABATON SUCHAROW LLP


                              By _____
                                 Michael H. Rogers
                                 Attorneys for Lead Plaintiff
                                 MERCURY PENSION FUND GROUP AND THE
                                 CLASS

DATED: April 14, 2008         FARELLA BRAUN + MARTEL LLP


                              By /s/ C. Brandon Wisoff_____
                                 C. Brandon Wisoff
                                 Attorneys for Defendant
                                 SHARLENE ABRAMS

STIPULATION AND [PROPOSED] ORDER
5:05-CV-3395-JF (PVT)

1

| | | |
|---|---|---|
| 1 | DATED: April 14, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By /s/ M. Todd Scott_____ |
| 4 | | M. Todd Scott<br>Attorneys for Defendant |
| 5 | | SUSAN SKAER |
| 6 | DATED: April 14, 2008 | JONES DAY |
| 7 | | |
| 8 | | By /s/ John D. Cline_____<br>John D. Cline |
| 9 | | Attorneys for Defendant<br>AMNON LANDAN |
| 10 | DATED: April 14, 2008 | SHEARMAN & STERLING LLP |
| 11 | | |
| 12 | | By /s/ Emily Griffen_____ |
| 13 | | Emily Griffen<br>Attorneys for Defendant |
| 14 | | DOUGLAS P. SMITH |
| 15 | DATED:   April 14, 2008 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 16 | | |
| 17 | | By /s/ Eric S. Goldstein_____ |
| 18 | | Eric S. Goldstein<br>Attorneys for Defendants |
| 19 | | IGAL KOHAVI, GIORA YARON AND YAIR SHAMIR |
| 20 | | |
| 21 | DATED: April 14, 2008 | GIBSON, DUNN & CRUTCHER LLP |
| 22 | | |
| 23 | | By /s/ Scott Fink_____<br>Scott Fink |
| 24 | | Attorneys for Defendant<br>PRICEWATERHOUSECOOPERS, LLP |

2

STIPULATION AND [PROPOSED] ORDER
5:05-CV-3395-JF (PVT)

**ATTESTATION OF E-FILED SIGNATURE**

I, Cecilia Y. Chan, attest that signatories have read and approved this Stipulation and [Proposed] Order Vacating the April 25, 2008 Case Management Conference, and consent to its filing in this action.

          /s/ Cecilia Y. Chan
          CECILIA Y. CHAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/16/08　　　　　　　　　　　_____
          HONORABLE JEREMY FOGEL

SF 1455434 v1

STIPULATION AND [PROPOSED] ORDER
5:05-CV-3395-JF (PVT)

3