**E-filed 4/22/08**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In Re MERCURY INTERATIVE SECURITIES LITIGATION | Case Number C-05-3395-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On June 5, 2006, 2006 the above entitled matter was deemed the Master File in the Mercury Interactive Securities Litigation. At that time, the Court consolidated the following cases under lead case number C-05-3395-JF. In light of the consolidation, the clerk shall administratively close the following cases: C-05-3864-JF; C-05-4031-JF and C-05-4036-JF.

IT IS SO ORDERED.   4/22/08

_____
JEREMY FOGEL
United States District Judge