**E-filed 4/22/08**

1
2
3
4
5
6
7         **IN THE UNITED STATES DISTRICT COURT**
8    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9              **SAN JOSE DIVISION**
10

| | |
|---|---|
| In Re MERCURY INTERATIVE SECURITIES LITIGATION | Case Number C-05-3395-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

     On June 5, 2006, the above entitled matter was deemed the Master File in the Mercury Interactive Securities Litigation.  On December 22, 2005 the Court consolidated case number C-05-5157 into the Master File C-05-3395-JF. The clerk of the Court shall administratively close case number C-05-5157-JF.

IT IS SO ORDERED. ____4/22/08_____

_____
JEREMY FOGEL
United States District Judge