PETER A. BINKOW   #173848
MARC L. GODINO  #182689
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

JOEL H. BERNSTEIN (admitted *pro hac vice*)
CHRISTOPHER J. KELLER (admitted *pro hac vice*)
LOUIS GOTTLIEB (admitted *pro hac vice*)
MICHAEL H. ROGERS  (admitted *pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
Email: jbernstein@labaton.com

Co-Lead Counsel for Lead Plaintiff Mercury Pension Fund Group and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION;<br><br>This Document Relates To:<br><br>ALL ACTIONS | LEAD CASE NO.  05-3395 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOW ING EXPENSE REIMBURSEMENT FROM SETTLEMENT FUND** |

**STIPULATION AND [PROPOSED] ORDER ALLOWING EXPENSE REIMBURSEMENT FROM SETTLEMENT FUND**
CASE NO. 05-3395 JF (PVT)

WHEREAS, on May 16, 2008 the parties filed with this Court the Stipulation of Settlement;

WHEREAS, Paragraph 9(b) of the Stipulation of Settlement provides as follows:

> Mercury will produce to Lead Counsel documents necessary for Lead Counsel to conduct confirmatory discovery not less than 30 days prior to the Settlement Fairness Hearing consisting of documents collected by O'Melveny & Myers (including e-mail messages and the contents of hard drives and/or back-up tapes with respect to 35 individual witnesses referenced on page 13 of the Report of the Special Litigation Committee of the Board of Directors of Mercury dated June 7, 2006) and retrieved based upon a search using key words to identify documents related to back-dating of options, subject to limitations of relevance or materials protected by trade secret(s). To the extent that any databases are required to be restored, Lead Counsel will bear the cost of such restoration, which cost will not exceed $150,000. Lead Counsel will have the right to obtain reimbursement of all such costs out of the Gross Settlement Fund. Confirmatory discovery will be produced pursuant to a separate Confidentiality Stipulation and Order to be agreed upon by the parties.

WHEREAS, on September 18, 2008, Lead Plaintiffs' Counsel filed its motion with this Court for approval of attorneys' fees and reimbursement of expenses;

WHEREAS, on September 26, 2008 this Court entered an Order granting Lead Counsel's motion for attorneys' fees and reimbursement of expenses;

WHEREAS, on or around October 23, 2008, counsel for Defendant Mercury Interactive Corporation ("Mercury") notified Lead Counsel that Defendants' discovery vendor, Strategic Discovery, restored a document database on behalf of Mercury and Hewlett-Packard Co. ("HP") produced documents from that database to Lead Counsel and that the cost to restore the database cost was $55,819.25;

1

**STIPULATION AND [PROPOSED] ORDER ALLOWING EXPENSE REIMBURSEMENT FROM SETTLEMENT FUND**
CASE NOS. 05-3395 JF (PVT)

WHEREAS, the invoice for restoring the document database was not provided to Lead Counsel or to counsel for Defendant Mercury and HP prior to this Court's September 26, 2008 Order granting Lead Counsel's motion for attorneys' fees and reimbursement of expenses;

WHEREAS, the restoration of the document database benefited the Class in that it provided Lead Counsel the opportunity to conduct confirmatory discovery to substantiate Lead Plaintiffs' claims; and

WHEREAS, Lead Counsel now seeks the cost of restoring the database in the amount of $55,819.25 out of the Gross Settlement Fund.

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS THAT:

The cost of restoring the database in the amount of $55,819.25 should be reimbursed out of the Gross Settlement Fund.

DATED:  November __, 2008        GLANCY BINKOW & GOLDBERG LLP

                                                *__s/Marc L. Godino___*
PETER A. BINKOW
MARC L. GODINO

1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:     (310) 201-9150
Facsimile:     (310) 201-9160

2

**STIPULATION AND [PROPOSED] ORDER ALLOWING EXPENSE REIMBURSEMENT FROM SETTLEMENT FUND**
CASE NOS. 05-3395 JF (PVT)

|   |   |
|---|---|
| 1 | LABATON SUCHAROW LLP |
| 2 | Joel H. Bernstein |
|   | Christopher J. Keller |
| 3 | Louis Gottlieb |
| 4 | Michael Rogers |
|   | 140 Broadway |
| 5 | New York, New York 10005 |
|   | Telephone:     (212) 907-0700 |
| 6 | Facsimile:       (212) 818-0477 |

LABATON SUCHAROW LLP
Joel H. Bernstein
Christopher J. Keller
Louis Gottlieb
Michael Rogers
140 Broadway
New York, New York 10005
Telephone:     (212) 907-0700
Facsimile:       (212) 818-0477

*Co-Lead Counsel for Plaintiff the Mercury Pension Fund Group and the Class*

LAW OFFICE OF PETER G. ANGELOS, P.C.
H. Russell Smouse
Glenn E. Mintzer
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21201
Telephone:     (800) 556-5522
Facsimile:       (410) 649-2110

MILLER LAW FIRM PC
E. Powell Miller
Jayson Blake
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone:     (248) 841-2200
Facsimile:       (248) 652-2852

VANOVERBEKE MICHAUD & TIMMONY, P.C.
Michael VanOverbeke
79 Alfred Street
Detroit, Michigan 48201
Telephone:     (313) 578-1200
Facsimile:       (313) 578-1201

*Counsel for the Mercury Pension Fund Group*

3

**STIPULATION AND [PROPOSED] ORDER ALLOWING EXPENSE REIMBURSEMENT FROM SETTLEMENT FUND**
CASE NOS. 05-3395 JF (PVT)

| | | |
|---|---|---|
| DATED: November __, 2008 | | Morgan, Lewis & Bockius LLP |

___s/Kim Alexander Kane_____
Kim Alexander Kane

One Market
Spear Street Tower
San Francisco, CA 94105
Telephone:   (415) 442-1000
Facsimile:   (415) 442-1001

*Counsel for Defendant Mercury Interactive Corp.*

SO ORDERED:

Dated: November 13, 2008

By: _____
The Honorable Jeremy Fogel
United States District Judge

4

**STIPULATION AND [PROPOSED] ORDER ALLOWING EXPENSE REIMBURSEMENT FROM SETTLEMENT FUND**
CASE NOS. 05-3395 JF (PVT)

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 10, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1. **STIPULATION AND [PROPOSED] ORDER ALLOWING EXPENSE REIMBURSEMENT FROM SETTLEMENT FUND**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE SERVICE LIST**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2008, at Los Angeles, California.

*S/ Daniel C. Rann*
Daniel C. Rann

**SERVICE LIST**

**Electronically To All ECF-Registered Entities**

**and By U.S. Mail To All Known Non-ECF-Registered Entities**

Public Employees' Retirement System of Mississippi
c/o Schubert & Reed LLP, Three Embarcadero Center, Suite 1650
San Francisco, CA 94111